IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| ACTUS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> (1) BANK OF AMERICA CORP.; <br> (2) BLAZE MOBILE, INC.; <br> (3) CAPITAL ONE FINANCIAL CORP.; <br> (4) ENABLE HOLDINGS, INC.; <br> (5) GOOGLE, INC.; <br> (6) GREEN DOT CORP.; <br> (7) JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; <br> (8) JPMORGAN CHASE & CO.; <br> (9) MASTERCARD INTERNATIONAL, INC.; <br> (10) META FINANCIAL GROUP, INC.; <br> (11) M&T BANK CORP.; <br> (12) OBOPAY, INC.; <br> (13) SONIC SOLUTIONS; <br> (14) VISA, INC.; <br> (15) VIVENDI, SA; <br> (16) WAL-MART STORES, INC.; <br> (17) THE WALT DISNEY CO.; <br> (18) THE WESTERN UNION CO.; <br> (19) WILDTANGENT, INC.; <br> (20) AGILECO, <br><br> Defendants. | CIVIL ACTION NO. 2:09-cv-102-TJW <br><br> JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff Actus, LLC hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated:  April 9, 2009

Respectfully Submitted,

**ACTUS, LLC**

By:  /s/ William E. "Bo" Davis, III

William E. "Bo" Davis III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas  75601
Phone:  903-230-9090
Fax:  903-230-9661

**ATTORNEY FOR PLAINTIFF
ACTUS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic served were served with a true and correct copy of the foregoing by email, on this the 9th day of April, 2009.

/s/ William E. "Bo" Davis, III
William E. "Bo" Davis, III