IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No: 2:09-cv-102 |
| BANK OF AMERICA CORP.; | § | |
| BLAZE MOBILE, INC.; | § | Jury |
| CAPITAL ONE FINANCIAL CORP.; | § | |
| ENABLE HOLDINGS, INC.; | § | |
| GOOGLE, INC.; | § | |
| GREEN DOT CORP.; | § | |
| JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; | § § | |
| JPMORGAN CHASE & CO.; | § | |
| MASTERCARD INTERNATIONAL, INC.; | § | |
| META FINANCIAL GROUP, INC.; | § | |
| M&T BANK CORP.; | § | |
| OBOPAY, INC.; | § | |
| SONIC SOLUTIONS; | § | |
| VISA, INC.; | § | |
| VIVENDI UNIVERSAL U.S. HOLDING CO.; | § § | |
| VIVENDI UNIVERSAL, SA; | § | |
| WAL-MART STORES, INC.; | § | |
| THE WALT DISNEY CO.; | § | |
| THE WESTERN UNION CO.; | § | |
| WILDTANGENT, INC.; | § | |
| AGILECO, | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, D. Jeffrey Rambin, enters his appearance in this matter as counsel for Defendant, MasterCard International, Inc., for the purpose of receiving notices and orders from the Court.

DATED: April 21, 2009     Respectfully submitted,

By: /s/ D. Jeffrey Rambin
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: chenry@capshawlaw.com
Email: jrambin@capshawlaw.com

Attorneys for Defendant,
MASTERCARD INTERNATIONAL, INC.

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of April, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ D. Jeffrey Rambin