UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09-cv-00102-TJW-CE

Name of party requesting extension: Obopay, Inc.

Is this the first application for extension of time in this case?  ✓ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 4/10/09

Number of days requested: ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 06/04/09   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Marvin Craig Tyler
State Bar No.: 00794762
Firm Name: Wilson Sonsini Goodrich & Rosati PC
Address: 900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Phone: (512) 338-5400
Fax: (512) 338-5499
Email: ctyler@wsgr.com

A certificate of conference does not need to be filed with this unopposed application.