2-1-4647

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT

2009 APR 27 AM 9:46

TX EASTERN-MARSHALL

BY_____

1. This application is being made for the following: Case # 2:09-CV-102-TJW
Style: Actus, LLC v Bank of America Corp., et al

2. Applicant is representing the following party/ies: The Western Union Company

3. Applicant was admitted to practice in Colorado (state) on September 18, 1998 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. none.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
    See attached list.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, David E. Sipiora, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 04/19/09                 Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) David E. Sipiora
State Bar Number 29759
Firm Name: Townsend and Townsend and Crew LLP
Address/P.O. Box: 1400 Wewatta Street, Suite 600
City/State/Zip: Denver, Colorado 80202
Telephone #: 303 571 4000
Fax #: 303 571 4321
E-mail Address: desipiora@townsend.com
Secondary E-Mail Address: gsrichey@townsend.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 4/27/09

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

David E. Sipiora has been admitted to practice before the following courts:

| U.S. Courts of Appeal | Date of Admission |
|---|---|
| 2d | January 14, 1992 |
| 9th | November 14, 1988 |
| 10th | April 23, 1998 |
| Federal Circuit | January 8, 1996 |
| 4th | February 5, 2002 |
| 5th | November 8, 2007 |

| U.S. District Courts | Date of Admission |
|---|---|
| Northern District, California | December 14, 1988 |
| Central District, California | May 11, 1999 |
| Southern District, California | April 16, 2001 |
| Southern District, New York | November 5, 1991 |
| Western District, New York | November 2, 1994 |
| Northern District, New York | October 31, 1994 |
| District Court, Colorado | June 17, 1998 |
| Central District, Illinois | May 18, 1999 |
| Northern District, Illinois | April 2, 2003 |

| States | Date of Admission |
|---|---|
| Colorado | September 18, 1998 |
| California | December 11, 1986 |
| New York | April 24, 1991 |
| District of Columbia | April 11, 1990 |

Dated: April 20, 2009
47054684 v1

# Receipt for Payment

Receipt No: 2-1-0004647

## United States District Court
for the
Eastern District of Texas at Marshall

Date: Monday, April 27, 2009

Received from:

**TOWNSEND TOWNSEND CREW**

**DENVER, CO**

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: Check

Case or other reference: 2:09cv102 PHV Sipiora McMillan

Comments: ck 2442

Received by: pa