# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC. § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 2:09-CV-102 |
| v. § | |
| § | JURY DEMANDED |
| (1) BANK OF AMERICA CORP.; § | |
| (2) BLAZE MOBILE, INC.; § | |
| (3) CAPITAL ONE FINANCIAL CORP.; § | |
| (4) ENABLE HOLDINGS, INC.; § | |
| (5) GOOGLE, INC.; § | |
| (6) GREEN DOT CORP.; § | |
| (7) JAVIEN DIGITAL PAYMENT § | |
| SOLUTIONS, INC.; § | |
| (8) JPMORGAN CHASE & CO.; § | |
| (9) MASTERCARD INTERNATIONAL, § | |
| INC.; § | |
| (10) META FINANCIAL GROUP, INC.; § | |
| (11) M&T BANK CORP.; § | |
| (12) OBOPAY, INC.; § | |
| (13) SONIC SOLUTIONS; § | |
| (14) VISA, INC.; § | |
| (15) VIVENDI, SA; § | |
| (16) WAL-MART STORES, INC.; § | |
| (17) THE WALT DISNEY CO.; § | |
| (18) THE WESTERN UNION CO.; § | |
| (19) WILDTANGENT, INC.; § | |
| (20) AGILECO,. § | |
| § | |
| Defendants. | |

## NOTICE OF APPEARANCE

Defendant Bank of America Corporation hereby gives notice that David G. Wille enters

his appearance as attorney of record for Bank of America and requests that copies of all notices,

orders and pleadings be served on the undersigned counsel.

Dated: April 28, 2009  　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/  *David G. Wille*
　　　　　　　　　　　　　　　　　　　　　David G. Wille
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00785250
　　　　　　　　　　　　　　　　　　　　　　　Email: david.wille@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　　Samir A. Bhavsar
　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00798065
　　　　　　　　　　　　　　　　　　　　　　　Email: samir.bhavsar@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　**BAKER BOTTS L.L.P.**
　　　　　　　　　　　　　　　　　　　　2001 Ross Avenue
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　Telephone:  (214) 953–6500
　　　　　　　　　　　　　　　　　　　　Facsimile:  (214) 661–4791

　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT BANK
　　　　　　　　　　　　　　　　　OF AMERICA CORPORATION**

**CERTIFICATE OF SERVICE
PURSUANT TO LOCAL RULE CV-5(D)**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 28th day of April, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail and first class mail on this same date.

　　　　　　　　　　　　　　　　　　　　*/s/ David G. Wille*
　　　　　　　　　　　　　　　　　　　　David G. Wille