**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ACTUS, LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:09-CV-102 |
| v. | § | |
| | § | JURY DEMANDED |
| (1) BANK OF AMERICA CORP.; | § | |
| (2) BLAZE MOBILE, INC.; | § | |
| (3) CAPITAL ONE FINANCIAL CORP.; | § | |
| (4) ENABLE HOLDINGS, INC.; | § | |
| (5) GOOGLE, INC.; | § | |
| (6) GREEN DOT CORP.; | § | |
| (7) JAVIEN DIGITAL PAYMENT | § | |
| SOLUTIONS, INC.; | § | |
| (8) JPMORGAN CHASE & CO.; | § | |
| (9) MASTERCARD INTERNATIONAL, | § | |
| INC.; | § | |
| (10) META FINANCIAL GROUP, INC.; | § | |
| (11) M&T BANK CORP.; | § | |
| (12) OBOPAY, INC.; | § | |
| (13) SONIC SOLUTIONS; | § | |
| (14) VISA, INC.; | § | |
| (15) VIVENDI, SA; | § | |
| (16) WAL-MART STORES, INC.; | § | |
| (17) THE WALT DISNEY CO.; | § | |
| (18) THE WESTERN UNION CO.; | § | |
| (19) WILDTANGENT, INC.; | § | |
| (20) AGILECO,. | § | |
| | § | |
| Defendants. | | |

## <u>NOTICE OF APPEARANCE</u>

Defendant Bank of America Corporation hereby gives notice that Samir A. Bhavsar

enters his appearance as attorney of record for Bank of America and requests that copies of all

notices, orders and pleadings be served on the undersigned counsel.

Dated: April 28, 2009              Respectfully submitted,

By: /s/  *Samir A. Bhavsar*
    David G. Wille
      Texas State Bar No. 00785250
      Email: david.wille@bakerbotts.com
    Samir A. Bhavsar
      Texas State Bar No. 00798065
      Email: samir.bhavsar@bakerbotts.com
    **BAKER BOTTS L.L.P.**
    2001 Ross Avenue
    Dallas, Texas 75201
    Telephone:  (214) 953–6500
    Facsimile:  (214) 661–4791

**ATTORNEYS FOR DEFENDANT BANK
OF AMERICA CORPORATION**

## CERTIFICATE OF SERVICE
## PURSUANT TO LOCAL RULE CV-5(D)

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 28th day of April, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail and first class mail on this same date.

*/s/ Samir A. Bhavsar*
Samir A. Bhavsar