UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 2:09-cv-102

Name of party requesting extension: MasterCard International, LLC

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 04/15/09

Number of days requested: ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 06/04/09   *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: N. Claire Abernathy
State Bar No.: 24053063
Firm Name: Capshaw DeRieux, LLP
Address: 1127 Judson Road, Ste. 220
P.O. Box 3999
Longview, TX 75606
Phone: (903)236-9800
Fax: (903) 236-8787
Email: chenry@capshawlaw.com

A certificate of conference does not need to be filed with this unopposed application.