UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09-cv-00102-TJW-CE

Name of party requesting extension: WildTangent, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
    ☐ No

If no, please indicate which application this represents:   ☐ Second
    ☐ Third
    ☐ Other _____

Date of Service of Summons: 04/09/09

Number of days requested:   ☑ 30 days
    ☐ 15 days
    ☐ Other _____ days

New Deadline Date: 05/29/09   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Jose C. Villarreal
State Bar No.: 24003113
Firm Name: Wilson Sonsini Goodrich & Rosati PC
Address: 900 South Capital of Texas Highway
    Las Cimas IV Fifth Floor
    Austin, Texas 78746
Phone: (512) 338-5400
Fax: (512) 338-5499
Email: jvillarreal@wsgr.com

A certificate of conference does not need to be filed with this unopposed application.