UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.: 2:09cv102

Name of party requesting extension: Bank of America Corp.

Is this the first application for extension of time in this case?   ✓ Yes
  ☐ No

If no, please indicate which application this represents:   ☐ Second
  ☐ Third
  ☐ Other _____

Date of Service of Summons: 04/15/09

Number of days requested:   ✓ 30 days
  ☐ 15 days
  ☐ Other _____ days

New Deadline Date: 06/04/09   *(Required)*

***ATTORNEY FILING APPLICATION INFORMATION***

Full Name: Samir A. Bhavsar
State Bar No.: 00798065
Firm Name: Baker Botts LLP
Address: 2001 Ross Avenue
          Suite 600
          Dallas, TX 75201
Phone: 214-953-6500
Fax: 214-953-6503
Email: samir.bhavsar@bakerbotts.com

A certificate of conference does not need to be filed with this unopposed application.