UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:09-cv-102

Name of party requesting extension: THE WALT DISNEY COMPANY

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 04/17/2009

Number of days requested:  ☑ 30 days  ☐ 15 days  ☐ Other ____ days

New Deadline Date: 06/08/2009 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Roy W. Hardin
State Bar No.: 08968300
Firm Name: Locke Lord Bissell & Liddell LLP
Address: 2200 Ross Avenue
Suite 2200
Dallas, Texas 75201-6776
Phone: (214) 740-8556
Fax: (214) 756-8556
Email: rhardin@lockelord.com

A certificate of conference does not need to be filed with this unopposed application.