# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC. § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 2:09-CV-102 |
| v. § | |
| § | JURY DEMANDED |
| (1) BANK OF AMERICA CORP.; § | |
| (2) BLAZE MOBILE, INC.; § | |
| (3) CAPITAL ONE FINANCIAL CORP.; § | |
| (4) ENABLE HOLDINGS, INC.; § | |
| (5) GOOGLE, INC.; § | |
| (6) GREEN DOT CORP.; § | |
| (7) JAVIEN DIGITAL PAYMENT § | |
| SOLUTIONS, INC.; § | |
| (8) JPMORGAN CHASE & CO.; § | |
| (9) MASTERCARD INTERNATIONAL, § | |
| INC.; § | |
| (10) META FINANCIAL GROUP, INC.; § | |
| (11) M&T BANK CORP.; § | |
| (12) OBOPAY, INC.; § | |
| (13) SONIC SOLUTIONS; § | |
| (14) VISA, INC.; § | |
| (15) VIVENDI, SA; § | |
| (16) WAL-MART STORES, INC.; § | |
| (17) THE WALT DISNEY CO.; § | |
| (18) THE WESTERN UNION CO.; § | |
| (19) WILDTANGENT, INC.; § | |
| (20) AGILECO,. § | |
| § | |
| Defendants. | |

## NOTICE OF APPEARANCE

Defendant Bank of America Corporation hereby gives notice that Christopher S. Storm enters his appearance as attorney of record for Bank of America and requests that copies of all notices, orders and pleadings be served on the undersigned counsel.

Dated: May 5, 2009                Respectfully submitted,

                                  By: /s/  *Christoper S. Storm*
                                      David G. Wille
                                          Texas State Bar No. 00785250
                                          Email: david.wille@bakerbotts.com
                                      Samir A. Bhavsar
                                          Texas State Bar No. 00798065
                                          Email: samir.bhavsar@bakerbotts.com
                                      Christopher S. Storm
                                          Texas State Bar No. 24066154
                                          Email: chris.storm@bakerbotts.com
                                      **BAKER BOTTS L.L.P.**
                                      2001 Ross Avenue
                                      Dallas, Texas 75201
                                      Telephone:  (214) 953–6500
                                      Facsimile:  (214) 661–4791

                                  **ATTORNEYS FOR DEFENDANT BANK
                                  OF AMERICA CORPORATION**

## CERTIFICATE OF SERVICE
## PURSUANT TO LOCAL RULE CV-5(D)

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of May, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail and first class mail on this same date.

                                  */s/ Christopher S. Storm*
                                  Christopher S. Storm