UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:09-cv-102

Name of party requesting extension: Vivendi Universal U.S. Holding Co.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons:

Number of days requested:  ☐ 30 days  ☐ 15 days  ☐ Other ____ days

New Deadline Date: 6/17/2009   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Actus, LLC v. Bank of America Corp. et al            Doc. 27

Full Name: J. Thad Heartfield

State Bar No.: 09346800

Firm Name: The Heartfield Law Firm

Address: 2195 Dowlen Road
Beaumont, Texas 77706

Phone: 409-866-3318

Fax: 409-866-5789

Email: thad@jth-law.com

A certificate of conference does not need to be filed with this unopposed application.

Dockets.Justia.com