UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:09-CV-102

Name of party requesting extension: Sonic Solutions

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 4/21/09

Number of days requested:   ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 6/10/09   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Douglas R. McSwane, Jr.

State Bar No.: 13861300

Firm Name: Potter Minton P.C.

Address: PO Box 359
Tyler, Texas 75710

Phone: 903-597-8311

Fax: 903-593-0846

Email: dougmcswane@potterminton.com

A certificate of conference does not need to be filed with this unopposed application.