## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. 2:09-cv-102 |
| BANK OF AMERICA CORP.; | § | |
| BLAZE MOBILE, INC.; | § | |
| CAPITAL ONE FINANCIAL CORP.; | § | |
| ENABLE HOLDINGS, INC.; | § | |
| GOOGLE, INC.; | § | |
| GREEN DOT CORP.; | § | |
| JAVIEN DIGITAL PAYMENT | § | |
| SOLUTIONS, INC.; | § | |
| JPMORGAN CHASE & CO.; | § | |
| MASTERCARD INTERNATIONAL INC.; | § | |
| META FINANCIAL GROUP, INC.; | § | |
| M&T BANK CORP.; | § | |
| OBOPAY, INC.; | § | |
| SONIC SOLUTIONS; | § | |
| VISA, INC.; | § | |
| VIVENDI UNIVERSAL U.S. HOLDING | § | |
| CO.; | § | |
| WAL-MART STORES, INC.; | § | |
| THE WALT DISNEY CO.; | § | |
| THE WESTERN UNION COL.; | § | |
| WILDTANGENT, INC.; | § | |
| AGILECO, | § | |
| | § | |
| Defendants. | § | |

### **NOTICE OF APPEARANCE**

META FINANCIAL GROUP, INC. ("META"), Defendant in the above-entitled and

numbered civil action, hereby notifies the Court and all parties that the following person, in

addition to those who previously gave notice, is appearing as counsel of record.

Christopher A. Shield
Texas State Bar No. 24046833
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile
chris.shield@bgllp.com


Dated: May 7, 2009

        Respectfully submitted,

        BRACEWELL & GIULIANI LLP


        By: ___*/s/ Christopher A. Shield*___
            John H. Barr, Jr.
            Attorney-in-Charge
            State Bar No. 00783605
        711 Louisiana, Suite 2300
        Houston, Texas 77002
        (713) 223-2300 - Telephone
        (713) 221-1212 – Facsimile

        ATTORNEY FOR DEFENDANT
        META FINANCIAL GROUP, INC.


Of counsel:

Phillip L. Sampson
State Bar No. 00788344
Christopher A. Shield
State Bar No. 24046833
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 - Facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via electronic court filing pursuant to the Federal Rules of Civil Procedure on the 7th day of May, 2009.

William E. "Bo" Davis III
The Davis Firm PC
111 West Tyler Street
Longview, Texas 75601

                                             */s/ Christopher A. Shield*
                                             Christopher A. Shield