Appendix K                                                              Revised: 1/24/07

2-L-4671

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## Marshall DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2009 MAY -7 AM 9:51
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:09-CV-00102-TJW__
Style: __Actus, LLC v. Bank of America Corp., et al.__   BY ___

2. Applicant is representing the following party/ies: __Wal-Mart Stores__

3. Applicant was admitted to practice in __Missouri__ (state) on __September 21 1998__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
                    __See attached__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __David A. Roodman__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __May 4, 2009__           Signature ___

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __David A. Roodman__
State Bar Number __38109 - mo.__
Firm Name: __Bryan Cave LLP__
Address/P.O. Box: __211 North Broadway, Suite 3600__
City/State/Zip: __St. Louis, MO 63102__
Telephone #: __(314) 259-2000__
Fax #: __(314) 259-2020__
E-mail Address: __daroodman@bryancave.com__
Secondary E-Mail Address: __dbiver@bryancave.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __5-7-09__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
(MARSHALL)

| | |
|---|---|
| ACTUS, LLC ) | |
| ) | |
| v. ) | No. 2:09-CV-00102-TJW |
| BANK OF AMERICA CORP., ) | |
| et al. ) | |

## DAVID A. ROODMAN ATTACHMENT TO APPLICATION TO APPEAR PRO HAC VICE FOR WAL-MART STORES

11. Applicant has been admitted to practice in the following courts:

State of Missouri (1990)

United States District for the Eastern District of Missouri (1990)

State of Illinois (1991)

United States Patent and Trademark Office (1992)

United States Court of Appeals for the Federal Circuit (1995)

United States District Court for the Southern District of Illinois (1995)

United States District Court for the Northern District of Illinois (2007)

# Receipt for Payment

Receipt No: 2-1-0004671

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Thursday, May 7, 2009**

Received from:

**BRYAN CAVE**

**ST LOUIS, MO**

| Account | Amount |
|---------|--------|
| 6855XX | $25.00 |
| | |
| Total | $25.00 |

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:09cv102  PHV Roodman**

Comments: **ck 809307**

Received by: **pa**