2-1-4675

FILED-CLERK
U.S. DISTRICT COURT

2009 MAY -8 PM 1:17

TX EASTERN-MARSHALL

BY_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **Actus, LLC** | ) |
|        Plaintiff, | ) Civil Action No. 2:09cv102 |
| v. | ) |
| (1) Bank of America Corp.; | ) |
| (2) Blaze Mobile, Inc.; | ) |
| (3) Capital One Financial Corp.; | ) |
| (4) Enable Holdings, Inc.; | ) **JURY TRIAL DEMANDED** |
| (5) Google, Inc.; | ) |
| (6) Green Dot Corp.; | ) |
| (7) Javien Digital Payment Solutions, Inc.; | ) |
| (8) JPMorgan Chase & Co.; | ) |
| (9) Mastercard International, Inc.; | ) |
| (10) Meta Financial Group, Inc.; | ) |
| (11) M&T Bank Corp.; | ) |
| (12) Obopay, Inc.; | ) |
| (13) Sonic Solutions; | ) |
| (14) Visa, Inc.; | ) |
| (15) Vivendi Universal U.S. Holding Co.; | ) |
| (16) Vivendi Universal, SA; | ) |
| (17) Wal-Mart Stores, Inc.; | ) |
| (18) The Walt Disney Co.; | ) |
| (19) The Western Union Co.; | ) |
| (20) WildTangent, Inc.; | ) |
| (21) AgileCo; | ) |
|        Defendants. | ) |

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for Case No. 2:09cv102.

   Style: Actus, LLC v. Bank of America Corp. *et al.*

2. Applicant is representing Capital One Financial Corporation.

3. Applicant was admitted in Virginia in 1996 and in the District of Columbia in 1998.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

1

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9. There are no pending grievances or criminal matters pending against the applicant.

10. Applicant has been admitted to practice in the following: United States Supreme Court, U.S. Court of Appeals for the Fourth and Federal Circuits, U.S. Court of Federal Claims, U.S. District Courts for the District of Columbia and the Eastern District of Virginia.

11. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

12. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

13. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

## Application Oath:

I, Brian M. Buroker, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: May 8, 2009

Signature: *Brian M. Buro[signature]*

Brian M. Buroker
Virginia Bar Number: 39,581
District of Columbia: 457,158
Hunton & Williams, LLP
1900 K Street N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 955-1894
Fax: (202) 778-2201
E-mail Address: bburoker@hunton.com

Applicant is authorized to enter an appearance as counsel for the party listed above. This application has been approved for the court this ___ day of May 2009.

David J Maland, Clerk

U.S. District Court, Eastern District of Texas

By: _____

# Receipt for Payment

Receipt No: 2-1-0004675

## United States District Court
for the
Eastern District of Texas at Marshall

Date: Friday, May 8, 2009

Received from:

**Smith & Gilstrap**
P.O. Box A
Marshall, Tx 75671

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: Check
Case or other reference: 2:09-cv-102
Comments: Ck# 7565 PHV for Arbes, Buroker

Received by: ch