## Amended Unopposed Application for Extension of Time to Answer Complaint

___

***CASE AND DEADLINE INFORMATION***

Civil Action No.:                                                    **2:09-cv-102**

Name of party requesting extension:          CAPITAL ONE FINANCIAL CORP.

Is this the first application for extension of time in this case?          _ X _ Yes

                                                                 ____ No

       If no, please indicate which application this represents:          ____ Second

                                                                        ____ Third

                                                                         ____ Other _____

Date of Service of Summons:                      04/22/2009

Number of Days requested:                          _ X _ 30 days

                                                   ____ 15 days

                                                   ____ Other _____ days

New Deadline Date (*Required):*                  06/11/2009

___

***ATTORNEY FILING APPLICATION INFORMATION***

     Full Name:                          James Rodney Gilstrap

     State Bar No.:                     07964200

     Firm Name:                        Smith & Gilstrap

     Address:                             P.O. Drawer A
                                       Marshall, TX  75671

     Phone:                               903-938-8321

     Fax:                                   903-938-8331

     Email:                                gilstrap1957@yahoo.com

___

A certificate of conference does not need to be filed with this unopposed application.