# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTER DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, § § **Plaintiffs,** § § v. § § BANK OF AMERICA CORP.; § BLAZE MOBILE, INC.; CAPITAL § ONE FINANCIAL CORP.; ENABLE § HOLDINGS, INC.; GOOGLE, INC.; § GREEN DOT CORP.; JAVIEN DIGITAL § PAYMENT SOLUTIONS, INC.; § JPMORGAN CHASE & CO.; § MASTERCARD INTERNATIONAL, § INC.; META FINANCIAL GROUP, INC.; § M&T BANK CORP.; OBOPAY, INC.; § SONIC SOLUTIONS; VISA, INC.; § VIVENDI UNIVERSAL U.S. HOLDING § CO.; VIVENDI UNIVERSAL, SA; § WAL-MART STORES, INC.; THE WALT § DISNEY CO.; THE WESTERN UNION § CO.; WILDTANGENT, INC.; AGILECO, § § **Defendants.** § | Civil Action No. 2:09-CV-102 |

## AGREED MOTION TO EXTEND TIME TO FILE COMPLAINT

Now Comes VISA Inc., a Defendant in the above styled and referenced matter and hereby seeks entry of an agreed order, a copy of which is attached hereto, to answer or otherwise respond to the Complaint filed by Actus, LLC by June 12, 2009.

Dated: May 8, 2009

                                        Respectfully submitted,

                                        */s/ Michael P. Lynn, P.C.*
                                        Michael P. Lynn, P.C.
                                        Texas Bar No. 12738500
                                        **LYNN TILLOTSON PINKER & COX, LLP**
                                        2100 Ross Avenue, Suite 2700
                                        Dallas, Texas 75201
                                        Telephone:    214.981.3800
                                        Facsimile:    214.981.3839

                                        **ATTORNEYS FOR DEFENDANT**
                                        **VISA, INC.**


## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 9, 2009 via the Court's Electronic Case File System upon:

    William E. "Bo" Davis III
    **THE DAVIS FIRM, PC**
    111 West Tyler Street
    Longview, TX 75601
    Phone No. 903-230.9090
    Fax No. 903.230.9661


                                        */s/ Michael P. Lynn, P.C.*