## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTER DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | |
| BANK OF AMERICA CORP.; | § | |
| BLAZE MOBILE, INC.; CAPITAL | § | |
| ONE FINANCIAL CORP.; ENABLE | § | |
| HOLDINGS, INC.; GOOGLE, INC.; | § | |
| GREEN DOT CORP.; JAVIEN DIGITAL | § | |
| PAYMENT SOLUTIONS, INC.; | § | Civil Action No. 2:09-CV-102 |
| JPMORGAN CHASE & CO.; | § | |
| MASTERCARD INTERNATIONAL, | § | |
| INC.; META FINANCIAL GROUP, INC.; | § | |
| M&T BANK CORP.; OBOPAY, INC.; | § | |
| SONIC SOLUTIONS; VISA, INC.; | § | |
| VIVENDI UNIVERSAL U.S. HOLDING | § | |
| CO.; VIVENDI UNIVERSAL, SA; | § | |
| WAL-MART STORES, INC.; THE WALT | § | |
| DISNEY CO.; THE WESTERN UNION | § | |
| CO.; WILDTANGENT, INC.; AGILECO, | § | |
| | § | |
| **Defendants.** | § | |

## AGREED ORDER

The Parties at issue in this matter (VISA Inc. and Actus, LLC,), have agreed to an extension of time within which to respond to the case filed against VISA in the above styled and referenced matter. Accordingly, the Court hereby Orders that VISA Inc. shall have until June 12, 2009 to file an answer or otherwise respond to Complaint filed by Actus, LLC.

IT IS SO ORDERED.

SIGNED this 11th day of May, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE