IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:09-CV-102 |
| Plaintiff, | | |
| v. | | JURY TRIAL DEMANDED |
| BANK OF AMERICA CORP.; BLAZE MOBILE, INC.; CAPITAL ONE FINANCIAL CORP.; ENABLE HOLDINGS, INC.; GOOGLE, INC.; GREEN DOT CORP.; JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; JPMORGAN CHASE & CO.; MASTERCARD INTERNATIONAL, INC.; META FINANCIAL GROUP, INC.; M&T BANK CORP.; OBOPAY, INC.; SONIC SOLUTIONS; VISA, INC.; VIVENDI, SA; WAL-MART STORES, INC.; THE WALT DISNEY CO.; THE WESTERN UNION CO.; WILDTANGENT, INC.; AGILECO, | | |
| Defendants. | | |

**NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT JP MORGAN CHASE & CO.**

Defendant, JP Morgan Chase & Co., notifies the Court and the parties of the appearance of Trey Yarbrough as counsel on its behalf. Defendant respectfully requests that Mr. Yarbrough, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

| | |
|---|---|
| DATED: May 12, 2009 | Respectfully submitted,<br><br>/s/ Trey Yarbrough<br>Trey Yarbrough<br>Bar No. 22133500<br>YARBROUGH ♦ WILCOX, PLLC<br>100 E. Ferguson St., Ste. 1015<br>Tyler, TX 75702<br>(903) 595-3111<br>Fax: (903) 595-0191<br>trey@yw-lawfirm.com<br><br>Attorney for Defendant, JP Morgan Chase & Co. |

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 12th day of May, 2009. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough