UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:09-cv-102

Name of party requesting extension: JP Morgan Chase & Co.

Is this the first application for extension of time in this case?
- [✓] Yes
- [ ] No

If no, please indicate which application this represents:
- [ ] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 04/27/09

Number of days requested:
- [✓] 30 days
- [ ] 15 days
- [ ] Other ___ days

New Deadline Date: 06/17/09   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Trey Yarbrough

State Bar No.: 22133500

Firm Name: YARBROUGH WILCOX, PLLC

Address: 100 E. Ferguson, Ste. 1015
Tyler, TX 75702

Phone: (903) 595-3111

Fax: (903) 595-0191

Email: trey@yw-lawfirm.com

A certificate of conference does not need to be filed with this unopposed application.