# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** **Plaintiff,** v. **BANK OF AMERICA CORP.;** **BLAZE MOBILE, INC.;** **CAPTIAL ONE FINANCIAL CORP.;** **ENABLE HOLDINGS, INC.;** **GOOGLE, INC.;** **GREEN DOT CORP.;** **JAVIEN-DIGITAL-PAYMENT SOLUTIONS, INC.;** **JPMORGAN CHASE & CO.;** **MASTERCARD INTERNATIONAL, INC,;** **METAFINANCIAL GROUP, INC.;** **M&T BANK CORP.;** **OBOPAY, INC.;** **SONIC SOLUTIONS;** **VISA, INC.;** **VIVENDI, SA;** **WAL-MART STORES, INC.;** **THE WALT DISNEY CO.;** **THE WESTERN UNION CO.;** **WILDTANGENT, INC.;** **AGILECO,** **Defendants,** | **CIVIL ACTION NO. 2:09-cv-102** **JURY TRAIL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

ON THIS DAY, the Court considered Douglas R. McSwane, Jr.'s Unopposed Motion to Withdraw as Counsel for Defendant Sonic Solutions' and is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Douglas R. McSwane, Jr.'s Unopposed Motion to Withdraw as counsel for Sonic Solutions' is GRANTED.

SIGNED this 13th day of May, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE