IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § § | CIVIL ACTION NO. 2:09-CV-102 |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| | § § | |
| BANK OF AMERICA CORP.; BLAZE MOBILE, INC.; CAPITAL ONE FINANCIAL CORP.; ENABLE HOLDINGS, INC.; GOOGLE, INC.; GREEN DOT CORP.; JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; JPMORGAN CHASE & CO.; MASTERCARD INTERNATIONAL, INC.; META FINANCIAL GROUP, INC.; M&T BANK CORP.; OBOPAY, INC.; SONIC SOLUTIONS; VISA, INC.; VIVENDI, SA; WAL-MART STORES, INC.; THE WALT DISNEY CO.; THE WESTERN UNION CO.; WILDTANGENT, INC.; AGILECO, | § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## DEFENDANT JPMORGAN CHASE & CO.

Defendant, JPMorgan Chase & Co., notifies the Court and the parties of the appearance of Debby E. Gunter as counsel on its behalf. Defendant respectfully requests that Ms. Gunter, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED: May 14, 2009                    Respectfully submitted,


                                       /s/ Debby E. Gunter
                                       Debby E. Gunter
                                       Bar No. 24012752
                                       YARBROUGH ♦ WILCOX, PLLC
                                       100 E. Ferguson St., Ste. 1015
                                       Tyler, TX 75702
                                       (903) 595-3111
                                       Fax: (903) 595-0191
                                       debby@yw-lawfirm.com

                                       Attorney for Defendant, JPMorgan Chase & Co.


### Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 14th day of May, 2009. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.


                                       /s/ Debby E. Gunter
                                       Debby E. Gunter