**Appendix K**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION
APPLICATION TO APPEAR PRO HAC VICE

Revised: 1/24/07   4690

FILED-CLERK
U.S. DISTRICT COURT
2009 MAY 15 PM 9:33
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # 2:09-cv-102
Style: ACTUS, LLC, v. Bank of America Corp., et al.
2. Applicant is representing the following party/ies: Visa, Inc.
3. Applicant was admitted to practice in DC (state) on 11/11/1994 (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
D.C. Court of Appeals; U.S. Court of Appeals for Federal Circuit; Supreme Court of DE; Surpreme Court of VA; U.S. PTO
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, Joseph A. Micallef do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 5-12-08     Signature _[signed]_

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Joseph A. Micallef
State Bar Number 443679
Firm Name: Arnold & Porter LLP
Address/P.O. Box: 555 Twelfth Street, N.W.
City/State/Zip: Washington, D.C. 20004
Telephone #: 202-942-5721
Fax #: 202-942-5999
E-mail Address: joseph.micallef@aporter.com
Secondary E-Mail Address: none

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 5-15-09

**DAVID J. MALAND, CLERK**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____[signature]_____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0004690

## United States District Court
for the
Eastern District of Texas at Marshall

Date: Friday, May 15, 2009

Received from:

Arnolds & Porter LLP
555 Twelfth Street Nw
Washington, DC 20004

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check
Case or other reference: 2:09-cv-102
Comments: Ck# 10159536 PHV for Micallef

Received by: ch