IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:09-cv-102-TJW |
| | § | |
| (1) BANK OF AMERICA CORP.; | § | JURY TRIAL DEMANDED |
| (2) BLAZE MOBILE, INC.; | § | |
| (3) CAPITAL ONE FINANCIAL CORP.; | § | |
| (4) ENABLE HOLDINGS, INC.; | § | |
| (5) GOOGLE, INC.; | § | |
| (6) GREEN DOT CORP.; | § | |
| (7) JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; | § | |
| (8) JPMORGRAN CHASE & CO.; | § | |
| (9) MASTERCARD INTERNATIONAL, INC.; | § | |
| (10) META FINANCIAL GROUP, INC.; | § | |
| (11) M&T BANK CORP.; | § | |
| (12) OBOPAY, INC.; | § | |
| (13) SONIC SOLUTIONS; | § | |
| (14) VISA, INC.; | § | |
| (15) VIVENDI, SA: | § | |
| (16) WAL-MART STORES, INC.; | § | |
| (17) THE WALT DISNEY CO.; | § | |
| (18) THE WESTERN UNION CO.; | § | |
| (19) WILDTANGENT, INC.; | § | |
| (20) AGILECO, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## <u>DEFENDANT SONIC SOLUTIONS</u>

Defendant Sonic Solutions files this Notice of Appearance, and hereby notifies the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson, Robertson & Cornelius, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, is appearing as counsel for Sonic Solutions in the above-referenced matter.

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone No. (903) 509-5000
Facsimile No. (903) 509-5092

ATTORNEY FOR DEFENDANT
SONIC SOLUTIONS

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 19th day of May, 2009.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
