UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:09-cv-102-TJW

Name of party requesting extension: Enable Holdings, Inc.

Is this the first application for extension of time in this case? ☑ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 04/17/2009

Number of days requested: ☐ 30 days
☐ 15 days
☑ Other 41 days

New Deadline Date: 06/17/2009 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Eric H. Findlay

State Bar No.: 00789886

Firm Name: Findlay Craft, LLP

Address: 6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703

Phone: (903) 534-1100

Fax: (903) 534-1137

Email: efindlay@findlaycraft.com

A certificate of conference does not need to be filed with this unopposed application.