**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ACTUS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:09-cv-102-TJW |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Enable Holdings, Inc. ("Enable"), files this Notice of Appearance, and hereby notifies the Court that Eric H. Findlay, of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for Enable. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: May 28, 2009

Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
(903) 534-1100
(903) 534-1137 FAX

efindlay@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2009, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay
Eric H. Findlay