**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ACTUS, LLC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| (1) BANK OF AMERICA CORP.; ) | CIVIL ACTION NO.: 2:09-CV-102-TJW |
| (2) BLAZE MOBILE, INC.; ) | |
| (3) CAPITAL ONE FINANCIAL CORP.; ) | JURY TRIAL DEMANDED |
| (4) ENABLE HOLDINGS, INC.; ) | |
| (5) GOOGLE, INC.; ) | |
| (6) GREEN DOT CORP.; ) | |
| (7) JAVIEN DIGITAL PAYMENT ) | |
| SOLUTIONS, INC.; ) | |
| (8) JPMORGAN CHASE & CO.; ) | |
| (9) MASTERCARD INTERNATIONAL, INC.; ) | |
| (10) META FINANCIAL GROUP, INC.; ) | |
| (11) M&T BANK CORP.; ) | |
| (12) OBOPAY, INC.; ) | |
| (13) SONIC SOLUTIONS; ) | |
| (14) VISA, INC.; ) | |
| (15) VIVENDI UNIVERSAL U.S. ) | |
| HOLDING CO.; ) | |
| (16) VIVENDI UNIVERSAL, S.A.; ) | |
| (17) WAL-MART STORES, INC.; ) | |
| (18) THE WALT DISNEY CO.; ) | |
| (19) THE WESTERN UNION CO.; ) | |
| (20) WILDTANGENT, INC.; ) | |
| (21) AGILECO, ) | |
| ) | |
| DEFENDANTS. ) | |

## DEFENDANT WILDTANGENT, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant WildTangent, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: May 29, 2009

Respectfully submitted,

WILSON, SONSINI, GOODRICH & ROSATI
Professional Corporation

By:    /s/ Jose C. Villarreal
      Jose C. Villarreal (Lead Attorney)
      jvillarreal@wsgr.com
      State Bar No. 24003113
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: 512.338.5400
Facsimile: 512.338.5499

ATTORNEYS FOR DEFENDANT
WILDTANGENT, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on this 29th day of May, 2009.

/s/ Jose C. Villarreal
Jose C. Villarreal