-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| (1) BANK OF AMERICA CORP.; ) | CIVIL ACTION NO.: 2:09-CV-102-TJW |
| (2) BLAZE MOBILE, INC.; ) | |
| (3) CAPITAL ONE FINANCIAL CORP.; ) | JURY TRIAL DEMANDED |
| (4) ENABLE HOLDINGS, INC.; ) | |
| (5) GOOGLE, INC.; ) | |
| (6) GREEN DOT CORP.; ) | |
| (7) JAVIEN DIGITAL PAYMENT ) | |
| SOLUTIONS, INC.; ) | |
| (8) JPMORGAN CHASE & CO.; ) | |
| (9) MASTERCARD INTERNATIONAL, INC.; ) | |
| (10) META FINANCIAL GROUP, INC.; ) | |
| (11) M&T BANK CORP.; ) | |
| (12) OBOPAY, INC.; ) | |
| (13) SONIC SOLUTIONS; ) | |
| (14) VISA, INC.; ) | |
| (15) VIVENDI UNIVERSAL U.S. ) | |
| HOLDING CO.; ) | |
| (16) VIVENDI UNIVERSAL, S.A.; ) | |
| (17) WAL-MART STORES, INC.; ) | |
| (18) THE WALT DISNEY CO.; ) | |
| (19) THE WESTERN UNION CO.; ) | |
| (20) WILDTANGENT, INC.; ) | |
| (21) AGILECO, ) | |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following individual hereby enters his appearance as attorney of record on behalf of Defendant Obopay, Inc. for the purpose of receiving notices and orders from the Court:

-1-
NOTICE OF APPEARANCE

Jose C. Villarreal
Texas Bar No. 24003113
Wilson Sonsini Goodrich & Rosati PC
900 South Capital of Texas Highway
Austin, Texas 78746-5546
Voice: 512.338.5400
Facsimile: 512.338.5499
jvillarreal@wsgr.com


Dated: June 1, 2009

Respectfully submitted,

WILSON, SONSINI, GOODRICH & ROSATI
Professional Corporation

By:     /s/ Jose C. Villarreal
Jose C. Villarreal (Lead Attorney)
jvillarreal@wsgr.com
State Bar No. 24003113
M. Craig Tyler
ctyler@wsgr.com
State Bar No. 00794762

900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: 512.338.5400
Facsimile: 512.338.5499


ATTORNEYS FOR DEFENDANT
OBOPAY, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on this 1st day of June, 2009.

/s/ Jose C. Villarreal
Jose C. Villarreal