UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORP., et al.,<br>    Defendants. | Civil Action No. 2:09-cv-102 (TJW) |

RULE 7.1 STATEMENT OF DEFENDANT
MASTERCARD INTERNATIONAL INCORPORATED

Defendant MasterCard International Incorporated states that it is a wholly owned subsidiary of MasterCard Incorporated, a publicly traded corporation, having no parent corporation.

June 3, 2009

Respectfully submitted,

/N. Claire Abernathy
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
D. Jeffrey Rambin
State Bar No. 00791478

CAPSHAW DERIEUX, LLP
1127 Judson Rd., Suite 220
Longview, TX 75601
P O Box 3999, Longview, TX 75606
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: chenry@capshawlaw.com

E-mail: jrambin@capshawlaw.com

*Of Counsel:*

Robert C. Scheinfeld
robert.scheinfeld@bakerbotts.com
Eliot D. Williams
eliot.williams@bakerbotts.com
Eric J. Faragi
eric.faragi@bakerbotts.com

BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York 10112-4498
212/408-2500
212/408-2501 Facsimile

*Attorneys for Defendant*
MasterCard International Incorporated

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of June, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served via First Class Mail on this same date.

/s/ N. Claire Abernathy
N. Claire Abernathy