**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ACTUS, LLC, )<br>)<br>    PLAINTIFF, )<br>)<br>  v. )<br>)<br>(1)  BANK OF AMERICA CORP.; )<br>(2)  BLAZE MOBILE, INC.; )<br>(3)  CAPITAL ONE FINANCIAL CORP.; )<br>(4)  ENABLE HOLDINGS, INC.; )<br>(5)  GOOGLE, INC.; )<br>(6)  GREEN DOT CORP.; )<br>(7)  JAVIEN DIGITAL PAYMENT )<br>     SOLUTIONS, INC.; )<br>(8)  JPMORGAN CHASE & CO.; )<br>(9)  MASTERCARD INTERNATIONAL, INC.; )<br>(10) META FINANCIAL GROUP, INC.; )<br>(11) M&T BANK CORP.; )<br>(12) OBOPAY, INC.; )<br>(13) SONIC SOLUTIONS; )<br>(14) VISA, INC.; )<br>(15) VIVENDI UNIVERSAL U.S. )<br>     HOLDING CO.; )<br>(16) VIVENDI UNIVERSAL, S.A.; )<br>(17) WAL-MART STORES, INC.; )<br>(18) THE WALT DISNEY CO.; )<br>(19) THE WESTERN UNION CO.; )<br>(20) WILDTANGENT, INC.; )<br>(21) AGILECO, )<br>)<br>    DEFENDANTS. ) | CIVIL ACTION NO.: 2:09-CV-102-TJW<br><br>JURY TRIAL DEMANDED |

**DEFENDANT OBOPAY, INC.'S CORPORate DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Obopay, Inc. hereby states that it has no parent corporation. Nokia Corporation, a publicly held corporation, owns more than 10% of the stock of Obopay, Inc. No other publicly held corporation owns more than 10% of Obopay's stock.

Dated: June 4, 2009

Respectfully submitted,

WILSON, SONSINI, GOODRICH & ROSATI
Professional Corporation

By: ___/s/ Jose C. Villarreal
    Jose C. Villarreal (Lead Attorney)
    jvillarreal@wsgr.com
    State Bar No. 24003113
M. Craig Tyler
ctyler@wsgr.com
State Bar No. 00794762

900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: 512.338.5400
Facsimile: 512.338.5499

ATTORNEYS FOR DEFENDANT
OBOPAY, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on this 4th day of June, 2009.

/s/ Jose C. Villarreal
Jose C. Villarreal