IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:09-CV-102 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| (1) BANK OF AMERICA CORP.; | § | |
| (2) BLAZE MOBILE, INC.; | § | |
| (3) CAPITAL ONE FINANCIAL CORP.; | § | |
| (4) ENABLE HOLDINGS, INC.; | § | |
| (5) GOOGLE, INC.; | § | |
| (6) GREEN DOT CORP.; | § | |
| (7) JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; | § | |
| (8) JPMORGAN CHASE & CO.; | § | |
| (9) MASTERCARD INTERNATIONAL, INC.; | § | |
| (10) META FINANCIAL GROUP, INC.; | § | |
| (11) M&T BANK CORP.; | § | |
| (12) OBOPAY, INC.; | § | |
| (13) SONIC SOLUTIONS; | § | |
| (14) VISA, INC.; | § | |
| (15) VIVENDI UNIVERSAL U.S. HOLDING CO.; | § | |
| (16) VIVENDI UNIVERSAL, SA; | § | |
| (17) WAL-MART STORES, INC.; | § | |
| (18) THE WALT DISNEY CO.; | § | |
| (19) THE WESTERN UNION CO.; | § | |
| (20) WILDTANGENT, INC.; | § | |
| (21) AGILECO, | | |
| Defendants. | | |

### DEFENDANT BANK OF AMERICA CORP.'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Bank of America Corporation states that it is a publicly owned corporation, it does not have any parent corporations, and no publicly held company has an ownership interest of 10% or more in Bank of America Corporation.

| Dated: June 4, 2009 | Respectfully submitted, |
|---|---|

> By: /s/  David G. Wille
>     David G. Wille
>         Texas State Bar No. 00785250
>         Email: david.wille@bakerbotts.com
>     Samir A. Bhavsar
>         Texas State Bar No. 00798065
>         Email: samir.bhavsar@bakerbotts.com
>     Christopher S. Storm
>         Texas State Bar No. 24066154
>         Email: chris.storm@bakerbotts.com
>     **BAKER BOTTS L.L.P.**
>     2001 Ross Avenue
>     Dallas, Texas 75201
>     Telephone:  (214) 953–6500
>     Facsimile:  (214) 661–4791
>
> **ATTORNEYS FOR DEFENDANT BANK OF AMERICA CORPORATION**

## CERTIFICATE OF SERVICE
## PURSUANT TO LOCAL RULE CV-5(D)

I certify that on June 4, 2009, all counsel are being served with a copy of this document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A), if they have consented to electronic service, or (2) by electronic mail, pursuant to Local Rule CV-5(d), if they have not so consented.

> */s/ David G. Wille*
> David G. Wille