IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:09-CV-102 |
| Plaintiff, | | |
| v. | | JURY TRIAL DEMANDED |
| BANK OF AMERICA CORP.; BLAZE MOBILE, INC.; CAPITAL ONE FINANCIAL CORP.; ENABLE HOLDINGS, INC.; GOOGLE, INC.; GREEN DOT CORP.; JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; JPMORGAN CHASE & CO.; MASTERCARD INTERNATIONAL, INC.; META FINANCIAL GROUP, INC.; M&T BANK CORP.; OBOPAY, INC.; SONIC SOLUTIONS; VISA, INC.; VIVENDI, SA; WAL-MART STORES, INC.; THE WALT DISNEY CO.; THE WESTERN UNION CO.; WILDTANGENT, INC.; AGILECO, | | |
| Defendants. | | |

**<u>Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's First Amended Complaint</u>**

Defendant, JP Morgan Chase & Co. ("JP Morgan"), without waiving any defenses set forth in Fed. R. Civ. P. 12, moves the Court for an extension of time in which to answer or otherwise respond to Plaintiff's First Amended Complaint:

1. Defendant moves for an extension of time through and including July 17, 2009. As set forth in the above caption, this motion is unopposed.

2. Defendant respectfully submits that good cause exists and seeks the requested extension in order to adequately and properly respond to Plaintiff's First Amended Complaint.

Wherefore, Defendant, JP Morgan Chase & Co., moves for an extension of time to and including July 17, 2009 in which to answer, move or otherwise respond to Plaintiff's First Amended Complaint.

DATED: June 8, 2009

Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Attorney for Defendant, JP Morgan Chase & Co.

### Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 8th day of June, 2009. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough