IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No: 2:09-cv-102 |
| BANK OF AMERICA CORP.; | § § | |
| BLAZE MOBILE, INC.; | § | Jury |
| CAPITAL ONE FINANCIAL CORP.; | § | |
| ENABLE HOLDINGS, INC.; | § | |
| GOOGLE, INC.; | § | |
| GREEN DOT CORP.; | § | |
| JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; | § § | |
| JPMORGAN CHASE & CO.; | § | |
| MASTERCARD INTERNATIONAL, INC.; | § | |
| META FINANCIAL GROUP, INC.; | § | |
| M&T BANK CORP.; | § | |
| OBOPAY, INC.; | § | |
| SONIC SOLUTIONS; | § | |
| VISA, INC.; | § | |
| VIVENDI UNIVERSAL U.S. HOLDING CO.; | § § | |
| VIVENDI UNIVERSAL, SA; | § | |
| WAL-MART STORES, INC.; | § | |
| THE WALT DISNEY CO.; | § | |
| THE WESTERN UNION CO.; | § | |
| WILDTANGENT, INC.; | § | |
| AGILECO, | § | |
| Defendants. | § | |

## JOINT MOTION FOR EXTENSION OF CERTAIN DEADLINES

COMES NOW Plaintiff, Actus, LLC ("Actus") and Defendant MasterCard International, Inc. ("MasterCard") and files this Joint Motion for Extension of Certain Deadlines. On June 3, 2009 MasterCard filed its Motion to Dismiss Plaintiff's Claims Under Fed. R. Civ. P. 12(B)(1), 12(B)(6) and 12(B)(7) and Memorandum of Law in Support (Dkt. 58). The Current deadline for Actus to respond to MasterCard's Motion to Dismiss is June 18, 2009. The parties respectfully request the Court

extend the deadline for Actus to respond to MasterCard's Motion to Dismiss until July 17, 2009. Additionally, the parties request the Court extend the deadline for MasterCard to reply to Plaintiff's Response to the Motion to Dismiss until August 7, 2009.

DATED: June 8, 2009

Respectfully submitted,

By: /s/ N. Claire Abernathy
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: chenry@capshawlaw.com
Email: jrambin@capshawlaw.com

Robert C. Scheinfeld
Eliot D. Williams
Eric J. Faragi
BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York 10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
Email: robert.scheinfeld@bakerbotts.com
Email: eliot.williams@bakerbotts.com
Email: eric.faragi@bakerbotts.com

Attorneys for Defendant
MasterCard International, Inc.

/s/ Bo Davis by permission N. Claire Abernathy
William Ellsworth Davis, III
The Davis Firm, PC-Longview
111 West Tyler Street
Longview, TX 75601
903-230-9090
Fax: 903-230-9661
Email: bdavis@bdavisfirm.com

Attorney for Plaintiff, Actus, LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of June, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ N. Claire Abernathy