

# Second Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

***CASE AND DEADLINE INFORMATION***

| | |
|---|---|
| Civil Action No.: | **2:09-cv-102** |
| Name of party requesting extension: | CAPITAL ONE FINANCIAL CORP. |
| Is this the first application for extension of time in this case? | ____ Yes |
| | **X** No |
| If no, please indicate which application this represents: | **X** Second |
| | ____ Third |
| | ____ Other _____ |
| Date of Service of Summons: | 04/22/2009 |
| Number of Days requested: | **X** 30 days |
| | ____ 15 days |
| | ____ Other ____ days |
| New Deadline Date (*Required*): | 07/13/2009 |

***ATTORNEY FILING APPLICATION INFORMATION***

| | |
|---|---|
| Full Name: | James Rodney Gilstrap |
| State Bar No.: | 07964200 |
| Firm Name: | Smith & Gilstrap |
| Address: | P.O. Drawer A<br>Marshall, TX 75671 |
| Phone: | 903-938-8321 |
| Fax: | 903-938-8331 |
| Email: | gilstrap1957@yahoo.com |

A certificate of conference does not need to be filed with this unopposed application.