IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:09-cv-102-TJW |
| | § | |
| (1) BANK OF AMERICA CORP.; | § | JURY TRIAL DEMANDED |
| (2) BLAZE MOBILE, INC.; | § | |
| (3) CAPITAL ONE FINANCIAL CORP.; | § | |
| (4) ENABLE HOLDINGS, INC.; | § | |
| (5) GOOGLE, INC.; | § | |
| (6) GREEN DOT CORP.; | § | |
| (7) JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; | § | |
| (8) JPMORGRAN CHASE & CO.; | § | |
| (9) MASTERCARD INTERNATIONAL, INC.; | § | |
| (10) META FINANCIAL GROUP, INC.; | § | |
| (11) M&T BANK CORP.; | § | |
| (12) OBOPAY, INC.; | § | |
| (13) SONIC SOLUTIONS; | § | |
| (14) VISA, INC.; | § | |
| (15) VIVENDI, SA: | § | |
| (16) WAL-MART STORES, INC.; | § | |
| (17) THE WALT DISNEY CO.; | § | |
| (18) THE WESTERN UNION CO.; | § | |
| (19) WILDTANGENT, INC.; | § | |
| (20) AGILECO, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT SONIC SOLUTIONS' UNOPPOSED MOTION TO**
**EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Sonic Solutions ("Sonic") files this Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint and would respectfully show the Court as follows:

On May 7, 2009, Sonic's Unopposed First Application for Extension of Time to Answer Complaint was granted pursuant to Local Rule CV-12, making its answer due on June 10, 2009.

Sonic has now requested and Plaintiff has agreed to an additional extension of Sonic's time to respond to Plaintiff's First Amended Complaint up to and including July 10, 2009.

A proposed Order granting this agreed motion is attached for the Court's convenience.

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone No. (903) 509-5000
Facsimile No. (903) 509-5092

ATTORNEY FOR DEFENDANT
SONIC SOLUTIONS

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 8th day of June, 2009.

> */s/ Jennifer Parker Ainsworth*
> Jennifer Parker Ainsworth

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Sonic Solutions has conferred with Plaintiff's counsel concerning this motion and they do not oppose the motion.

>*/s/ Jennifer P. Ainsworth*
>Jennifer P. Ainsworth