## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | C.A. NO. 2:09-cv-102 |
| BANK OF AMERICA CORP.; § | |
| BLAZE MOBILE, INC.; § | |
| CAPITAL ONE FINANCIAL CORP.; § | |
| ENABLE HOLDINGS, INC.; § | |
| GOOGLE, INC.; § | |
| GREEN DOT CORP.; § | |
| JAVIEN DIGITAL PAYMENT § | |
| SOLUTIONS, INC.; § | |
| JPMORGAN CHASE & CO.; § | |
| MASTERCARD INTERNATIONAL INC.; § | |
| META FINANCIAL GROUP, INC.; § | |
| M&T BANK CORP.; § | |
| OBOPAY, INC.; § | |
| SONIC SOLUTIONS; § | |
| VISA, INC.; § | |
| VIVENDI UNIVERSAL U.S. HOLDING § | |
| CO.; § | |
| WAL-MART STORES, INC.; § | |
| THE WALT DISNEY CO.; § | |
| THE WESTERN UNION COL.; § | |
| WILDTANGENT, INC.; § | |
| AGILECO, § | |
| § | |
| Defendants. § | |

### **DEFENDANT META FINANCIAL GROUP, INC.'S**
### **RULE 7.1 CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Meta Financial Group, Inc. makes the following disclosure:

1. The parent companies of the corporation: <u>None</u>

2. Any publicly held company that owns 10% or more of the corporation: <u>None</u>

Respectfully submitted,

BRACEWELL & GIULIANI LLP


By:    */s/ John H. Barr, Jr.*
     John H. Barr, Jr.
     Attorney-in-Charge
     State Bar No. 00783605
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

ATTORNEY FOR DEFENDANT
META FINANCIAL GROUP, INC.


Of counsel:

Phillip L. Sampson
State Bar No. 00788344
Christopher A. Shield
State Bar No. 24046833
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 - Facsimile

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via electronic court filing pursuant to the Federal Rules of Civil Procedure on the 9th day of June, 2009.

William E. "Bo" Davis III
The Davis Firm PC
111 West Tyler Street
Longview, Texas 75601


     */s/ John H. Barr, Jr.*
     John H. Barr, Jr.