IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:09-cv-102-TJW |
| § | |
| (1) BANK OF AMERICA CORP.; § | JURY TRIAL DEMANDED |
| (2) BLAZE MOBILE, INC.; § | |
| (3) CAPITAL ONE FINANCIAL CORP.; § | |
| (4) ENABLE HOLDINGS, INC.; § | |
| (5) GOOGLE, INC.; § | |
| (6) GREEN DOT CORP.; § | |
| (7) JAVIEN DIGITAL PAYMENT § | |
| SOLUTIONS, INC.; § | |
| (8) JPMORGRAN CHASE & CO.; § | |
| (9) MASTERCARD INTERNATIONAL, § | |
| INC.; § | |
| (10) META FINANCIAL GROUP, INC.; § | |
| (11) M&T BANK CORP.; § | |
| (12) OBOPAY, INC.; § | |
| (13) SONIC SOLUTIONS; § | |
| (14) VISA, INC.; § | |
| (15) VIVENDI, SA: § | |
| (16) WAL-MART STORES, INC.; § | |
| (17) THE WALT DISNEY CO.; § | |
| (18) THE WESTERN UNION CO.; § | |
| (19) WILDTANGENT, INC.; § | |
| (20) AGILECO, § | |
| § | |
| Defendants. § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Before the Court is Defendant Sonic Solutions' ("Sonic") Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint. Having considered the matter, the Court GRANTS the motion and extends the date for Sonic to serve a response to Plaintiff's First Amended Complaint up to and including July 10, 2009.

SIGNED this 9th day of June, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE