IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> (1) BANK OF AMERICA CORP.; <br> (2) BLAZE MOBILE, INC.; <br> (3) CAPITAL ONE FINANCIAL CORP.; <br> (4) ENABLE HOLDINGS, INC.; <br> (5) GOOGLE, INC.; <br> (6) GREEN DOT CORP.; <br> (7) JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; <br> (8) JPMORGAN CHASE & CO.; <br> (9) MASTERCARD INTERNATIONAL, INC.; <br> (10) META FINANCIAL GROUP, INC.; <br> (11) M&T BANK CORP.; <br> (12) OBOPAY, INC.; <br> (13) SONIC SOLUTIONS; <br> (14) VISA, INC.; <br> (15) VIVENDI UNIVERSAL U.S. HOLDING CO.; <br> (16) VIVENDI UNIVERSAL, SA; <br> (17) WAL-MART STORES, INC.; <br> (18) THE WALT DISNEY CO.; <br> (19) THE WESTERN UNION CO.; <br> (20) WILDTANGENT, INC.; <br> (21) AGILECO, <br><br> Defendants. | CASE NO. 2:09-cv-102-TJW(CE) <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSE TO DEFENDANT WILDTANGENT, INC.'S
<u>COUNTERCLAIMS</u>**

Plaintiff Actus, LLC ("Actus") hereby responds to each paragraph of Defendant WildTangent, Inc.'s ("WildTangent") counterclaims as follows, wherein each and every paragraph is hereby incorporated by reference into each and every answer to each and every Count:

## COUNTERCLAIMS

### THE PARTIES

1. Admitted.

2. Admitted.

### JURISDICTION AND VENUE

3. Admitted.

4. Admitted.

### COUNTERCLAIMS FOR DECLARATORY RELIEF

**FIRST CLAIM FOR RELIEF: DECLARATION OF NONINFRINGEMENT OF U.S. PATENT NO. 7,177,838**

5. Actus restates and incorporates by reference each of its responses to the allegations of paragraphs 1-4 of the WildTangent's Counterclaims above, as if fully set forth herein.

6. Admitted.

7. Denied.

**SECOND CLAIM FOR RELIEF: DECLARATION OF NONINFRINGEMENT OF U.S. PATENT NO. 7,376,621**

8. Actus restates and incorporates by reference each of its responses to the allegations of paragraphs 1-4 of the WildTangent's Counterclaims above, as if fully set forth herein.

9. Admitted.

10. Denied.

**THIRD CLAIM FOR RELIEF: DECLARATION OF INVALIDITY OF U.S. PATENT NO. 7,177,838**

11. Actus restates and incorporates by reference each of its responses to the allegations of paragraphs 1-4 of the WildTangent's Counterclaims above, as if fully set forth herein.

12. Admitted.

13. Denied.

**FOURTH CLAIM FOR RELIEF: DECLARATION OF INVALIDITY OF U.S. PATENT NO. 7,376,621**

14. Actus restates and incorporates by reference each of its responses to the allegations of paragraphs 1-4 of the WildTangent's Counterclaims above, as if fully set forth herein.

15. Admitted.

16. Denied.

## EXCEPTIONAL CASE

17. Denied.

## PRAYER FOR RELIEF

Actus denies that WildTangent is entitled to any of the relief requested in its Prayer.

## **PRAYER FOR RELIEF**

In addition to the relief requested in its First Amended Complaint, Actus respectfully requests a judgment against WildTangent as follows:

A. That WildTangent take nothing by its Counterclaims;

B. That the Court award Actus all costs and attorneys' fees incurred in defending against WildTangent's Counterclaims;

C. Any and all further relief that the Court deems just and proper.

Dated: June 10, 2009

Respectfully submitted,

/s/ William E. Davis, III
William E. Davis, III
TX State Bar No. 24047416

**The Davis Firm, PC**
111 W. Tyler St.
Longview, TX 75601
Ph: 903-230-9090
Fx: 903-230-0661
bdavis@bdavisfirm.com

*Attorney for Actus, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on this 10th day of June, 2009.

/s/ William E. Davis, III
William E. Davis, III