# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, | ) |
|     Plaintiff, | ) Civil Action No. 2:09-cv-102-TJW |
| v. | ) |
| BANK OF AMERICA CORP., et al., | ) |
|     Defendants. | ) |

## ORDER

On this day came on to be considered Enable Holdings, Inc.'s Unopposed Motion to Extend Time to Move, Answer or Otherwise Respond to Plaintiff Actus, LLC's First Amended Complaint for Patent Infringement, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Motion to Extend Time be granted and that Enable Holdings, Inc. be given to and including July 17, 2009 to move, answer or otherwise respond to Plaintiff's First Amended Complaint for Patent Infringement.

SIGNED this 11th day of June, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE