**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ACTUS, LLC, | ) )  Civil Action No. 2:09-CV-102-TJW |
| PLAINTIFF, | ) ) ) |
| (1)  BANK OF AMERICA CORPORATION;<br>(2)  BLAZE MOBILE, INC.;<br>(3)  CAPITAL ONE FINANCIAL CORP.;<br>(4)  ENABLE HOLDINGS, INC.;<br>(5)  GOOGLE, INC.;<br>(6)  GREEN DOT CORPORATION;<br>(7)  JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.;<br>(8)  JPMORGAN CHASE & CO.;<br>(9)  MASTERCARD INTERNATIONAL, INC.;<br>(10) META FINANCIAL GROUP, INC.;<br>(11) M&T BANK CORPORATION;<br>(12) OBOPAY, INC.;<br>(13) SONIC SOLUTIONS;<br>(14) VISA, INC.;<br>(15) VIVENDI UNIVERSAL U.S. HOLDING CO.;<br>(16) VIVENDI UNIVERSAL, S.A.;<br>(17) WAL-MART STORES, INC.;<br>(18) THE WALT DISNEY CO.;<br>(19) THE WESTERN UNION CO.;<br>(20) WILDTANGENT, INC.;<br>(21) AGILECO, | )  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DEFENDANTS. | ) ) ) |

**DEFENDANT VISA INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Visa Inc. hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: June 12, 2009                      Respectfully submitted,

    /s/ *Joseph A. Micallef*
Joseph A. Micallef (admitted *Pro Hac Vice*)
David P. Gersch (admitted *Pro Hac Vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Tel. (202) 942-5721
Fax (202) 942-5999
E-mail: Joseph.Micallef@aporter.com
        David.Gersch@aporter.com

Michael P. Lynn
LYNN TILLOTSON PINKER & COX LLP
2100 Ross Avenue
Suite 2700
Dallas, TX 75201
Tel. (214) 981-3801
Fax (214) 981-3829
Email: mlynn@lynnllp.com

ATTORNEYS FOR DEFENDANT
VISA INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on this 12th day of June, 2009.

*/s/ Joseph A. Micallef*
Joseph A. Micallef