# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION: 2:09-CV-102-TJW |
| | ) |
| BANK OF AMERICA CORP. et al. | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

---

## JOINT MOTION FOR EXTENSION OF CERTAIN DEADLINES
---

Plaintiff Actus, LLC ("Actus") and Defendant Visa Inc. ("Visa") respectfully request that the Court set a briefing schedule on Visa's recently filed Motion to Dismiss to track the briefing schedule set for Defendant MasterCard's Motion to Dismiss. *See* Doc. # 92. Both Visa's and MasterCard's respective motions raise the same issues, so it would be most efficient for the Court and the parties to have to have the briefing and argument occur together. Accordingly, Actus and Visa jointly request that the deadline for Actus to respond to Visa's Motion to Dismiss be set for July 17, 2009 and the deadline for Visa to reply be set to August 7, 2009.

Dated: June 25, 2009

Respectfully submitted,

| | |
|---|---|
| */s/ William E. "Bo" Davis, III* | */s/ Mark E. Turk* |
| William E. "Bo" Davis III | Joseph A. Micallef (admitted *Pro Hac Vice*) |
| Texas State Bar No. 24047416 | David P. Gersch (admitted *Pro Hac Vice*) |
| **The Davis Firm, PC** | **ARNOLD & PORTER LLP** |
| 111 West Tyler Street | 555 Twelfth Street, NW |
| Longview, Texas 75601 | Washington, DC 20004-1206 |
| Phone: 903-230-9090 | Tel. (202) 942-5721 |
| Fax: 903-230-9661 | Fax (202) 942-5999 |
| | E-mail: Joseph.Micallef@aporter.com |
| | David.Gersch@aporter.com |
| **ATTORNEY FOR PLAINTIFF ACTUS, LLC** | |
| | Michael P. Lynn |
| | Texas State Bar No. 12738500 |
| | Eric W. Pinker |
| | Texas State Bar No. 16016550 |
| | Mark E. Turk |
| | Texas State Bar No. 00786298) |
| | **LYNN TILLOTSON PINKER & COX LLP** |
| | 2100 Ross Avenue |
| | Suite 2700 |
| | Dallas, TX 75201 |
| | Tel. (214) 981-3801 |
| | Fax (214) 981-3829 |
| | E-mail: mlynn@lynnllp.com |
| | epinker@lynnllp.com |
| | mturk@lynnllp.com |
| | **ATTORNEYS FOR DEFENDANT VISA INC.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on this 25th day of June, 2009.

/s/ *Mark E. Turk*
Mark E. Turk