**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ACTUS, LLC, | ) |
| Plaintiff, | ) CIVIL ACTION: 2:09-CV-102-TJW |
| v. | ) |
| BANK OF AMERICA CORP. et al. | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**NOTICE IS HEREBY GIVEN** that Eric W. Pinker and Mark E. Turk of Lynn Tillotson, Pinker & Cox, L.L.P., 2100 Ross Ave., Suite 2700, Dallas, Texas 75201; telephone (214) 981-3800; facsimile (214) 981-3839, hereby appear as additional counsel of record for Defendant Visa, Inc. the above-numbered and styled cause.

Pursuant to the Federal Rules of Civil Procedure, please serve this office with all pleadings relating to this matter from this time forth. ECF Notices should be directed to the following e-mail addresses: epinker@lynnllp.com; mturk@lynnllp.com; fcrae@lynnllp.com; omartinez@lynnllp.com and courtfilinginbox@lynnllp.com.

DATE: June 25, 2009. Respectfully submitted,

        */s/ Mark E. Turk*
Michael P. Lynn
Texas State Bar No. 12738500
e-mail mlynn@lynnllp.com
Eric W. Pinker
Texas State Bar No. 16016550
e-mail epinker@lynnllp.com
Mark E. Turk
Texas State Bar No. 00786298
e-mail mturk@lynnllp.com
**LYNN TILLOTSON, PINKER & COX, L.L.P.**
2100 Ross Ave. Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800
Facsimile: 214-981-3839

**ATTORNEYS FOR DEFENDANT VISA, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on this 25th day of June, 2009.

        */s/ Mark E. Turk*
Mark E. Turk