Appendix K    2-1-47-76

Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

FILED - CLERK
U.S. DISTRICT COURT

2009 JUN 25 AM 9: 39

TX EASTERN-MARSHALL

BY _____

1. This application is being made for the following: Case # <u>2:09-cv-102-TJW</u>

Style: <u>Actus, LLC v. Bank of America Corp., et al.</u>

2. Applicant is representing the following party/ies: <u>Vivendi Universal U.S. Holding Company and Vivendi Universal SA</u>

3. Applicant was admitted to practice in <u>Illinois</u> (state) on <u>November 9, 1989</u> (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has /(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has /(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has /(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant=s conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: <u>United States Supreme Court, Illinois Supreme Court, United States District Court for the Northern District of Illinois, United States Court of Appeals for the Federal Circuit</u>

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the AStandards of Practice to be Observed by Attorneys.@

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>Aaron A. Barlow</u>, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>6/17/09</u>    Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Aaron A. Barlow
State Bar Number 6200865
Firm Name: Jenner & Block LLP
Address/P.O. Box: 330 North Wabash Avenue
City/State/Zip: Chicago, IL 60611
Telephone #: (312) 923-8308
Fax #: (312) 923-8408
E-mail Address: abarlow@jenner.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 25 day of June, 2009.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

**Receipt for Payment**  Receipt No: 2-1-0004776

# United States District Court

for the
Eastern District of Texas at Marshall

Date: **Thursday, June 25, 2009**

Received from:

**THE HEARTFIELD FIRM**
**BEAUMONT, TX**

| Account | Amount |
| --- | --- |
| 6855XX | $50.00 |
| **Total** | **$50.00** |

| Account | Description |
| --- | --- |
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**
Case or other reference: **2:09cv102 PHV Bradford Barlow**
Comments: **ck 1705**

Received by: **pa**