IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No: 2:09-cv-102-TJW |
| | § | |
| BANK OF AMERICA CORP.; | § | |
| BLAZE MOBILE, INC.; | § | Jury Trial Demanded |
| CAPITAL ONE FINANCIAL CORP.; | § | |
| ENABLE HOLDINGS, INC.; | § | |
| GOOGLE, INC.; | § | |
| GREEN DOT CORP.; | § | |
| JAVIEN DIGITAL PAYMENT | § | |
| SOLUTIONS, INC.; | § | |
| JPMORGAN CHASE & CO.; | § | |
| MASTERCARD INTERNATIONAL, INC.; | § | |
| META FINANCIAL GROUP, INC.; | § | |
| M&T BANK CORP.; | § | |
| OBOPAY, INC.; | § | |
| SONIC SOLUTIONS; | § | |
| VISA, INC.; | § | |
| VIVENDI UNIVERSAL U.S. HOLDING | § | |
| CO.; | § | |
| VIVENDI UNIVERSAL, SA; | § | |
| WAL-MART STORES, INC.; | § | |
| THE WALT DISNEY CO.; | § | |
| THE WESTERN UNION CO.; | § | |
| WILDTANGENT, INC.; | § | |
| AGILECO, | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION FOR EXTENSION OF CERTAIN DEADLINES**

COMES NOW Plaintiff, Actus, LLC ("Actus") and Defendants Vivendi Universal U.S. Holding Co. and Vivendi Universal, SA (collectively "Vivendi") and files this Joint Motion for Extension of Certain Deadlines. On June 17, 2009 Vivendi filed its Motion to Dismiss Plaintiff's Claims and Memorandum of Law in Support (Dkt. 104). The Current deadline for

Actus to respond to Vivendi's Motion to Dismiss is July 2, 2009. The parties respectfully request the Court extend the deadline for Actus to respond to Vivendi's Motion to Dismiss until August 17, 2009. Additionally, the parties request the Court extend the deadline for Vivendi to reply to Plaintiff's Response to the Motion to Dismiss until September 1, 2009.

DATED: June 25, 2009　　　　　　　　　　　Respectfully submitted,

By: /s/ William E. Davis, III
　　William E. Davis, III
　　State Bar No. 24047416

　　**THE DAVIS FIRM, PC**
　　111. W. Tyler St.
　　Longview, TX 75601
　　Phone: 903-230-9090
　　Fax: 903-230-0661
　　Email: bdavis@bdavisfirm.com

　　**ATTORNEY FOR PLAINTIFF
　　ACTUS, LLC**


By: /s/ J. Thad Heartfield, III
　　J. Thad Heartfield
　　Texas Bar No. 09346800
　　E-mail: thad@jth-law.com

　　**The Heartfield Law Firm**
　　2195 Dowlen Road
　　Beaumont, Texas 77706
　　Telephone: (409) 866-3318
　　Fax: (409) 866-5789

OF COUNSEL:
Aaron A. Barlow
Benjamin J. Bradford
JENNER & BLOCK
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel: (312) 923-8305

　　**ATTORNEYS FOR DEFENDANTS
　　VIVENDI UNIVERSAL U.S. HOLDING
　　COMPANY AND VIVENDI UNIVERSAL
　　SA**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on this 25th day of June, 2009.

/s/ William E. Davis, III
William E. Davis, III