**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ACTUS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) CIVIL ACTION: 2:09-CV-102-TJW |
| | ) |
| **BANK OF AMERICA CORP. et al.** | ) JURY TRIAL DEMANDED |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is the Joint Motion for Extension of Certain Deadlines filed by Plaintiff Actus, LLC and Defendant Visa, Inc.

Finding the motion well taken, the Court hereby GRANTS the motion. Plaintiff Actus, LLC may file its Response to Visa Inc.'s Motion to Dismiss Plaintiff's Claims Under Fed. R. Civ. P. 12(B)(1), 12(B)(6) and 12(B)(7) and Memorandum of Law in Support on or before July 17, 2009. Defendant Visa Inc. may file a Reply in Support of its Motion to Dismiss Plaintiff's Claims Under Fed. R. Civ. P. 12(B)(1), 12(B)(6) and 12(B)(7) and Memorandum of Law in Support on or before August 7, 2009.

SIGNED this 29th day of June, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE