IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § § § § | |
| Plaintiff, | | |
| VS. | § § § | Civil Action No: 2:09-cv-102-TJW |
| BANK OF AMERICA CORP.; | § | |
| BLAZE MOBILE, INC.; | § | Jury Trial Demanded |
| CAPITAL ONE FINANCIAL CORP.; | § | |
| ENABLE HOLDINGS, INC.; | § | |
| GOOGLE, INC.; | § | |
| GREEN DOT CORP.; | § | |
| JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; | § § | |
| JPMORGAN CHASE & CO.; | § | |
| MASTERCARD INTERNATIONAL, INC.; | § | |
| META FINANCIAL GROUP, INC.; | § | |
| M&T BANK CORP.; | § | |
| OBOPAY, INC.; | § | |
| SONIC SOLUTIONS; | § | |
| VISA, INC.; | § | |
| VIVENDI UNIVERSAL U.S. HOLDING CO.; | § § | |
| VIVENDI UNIVERSAL, SA; | § | |
| WAL-MART STORES, INC.; | § | |
| THE WALT DISNEY CO.; | § | |
| THE WESTERN UNION CO.; | § | |
| WILDTANGENT, INC.; | § | |
| AGILECO, | § § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the Joint Motion for Extension of Certain Deadlines filed by Plaintiff Actus, LLC ("Actus") and Defendants Vivendi Universal U.S. Holding Co. and Vivendi Universal, SA (collectively, "Vivendi"). After careful consideration, the Court concludes that the Motion should be GRANTED.

It is therefore ORDERED that the Joint Motion for Extension of Certain Deadlines is GRANTED.

It is further ORDERED that Actus may file its Response to Defendants Motion to Dismiss Plaintiff's Claims and Memorandum of Law in Support on or before August 17, 2009.

It is further ORDERED that Vivendi may file a Reply on or before September 1, 2009.

SIGNED this 29th day of June, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE