IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:09-cv-102-TJW |
| | § | |
| (1) BANK OF AMERICA CORP.; | § | JURY TRIAL DEMANDED |
| (2) BLAZE MOBILE, INC.; | § | |
| (3) CAPITAL ONE FINANCIAL CORP.; | § | |
| (4) ENABLE HOLDINGS, INC.; | § | |
| (5) GOOGLE, INC.; | § | |
| (6) GREEN DOT CORP.; | § | |
| (7) JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; | § | |
| (8) JPMORGRAN CHASE & CO.; | § | |
| (9) MASTERCARD INTERNATIONAL, INC.; | § | |
| (10) META FINANCIAL GROUP, INC.; | § | |
| (11) M&T BANK CORP.; | § | |
| (12) OBOPAY, INC.; | § | |
| (13) SONIC SOLUTIONS; | § | |
| (14) VISA, INC.; | § | |
| (15) VIVENDI, SA: | § | |
| (16) WAL-MART STORES, INC.; | § | |
| (17) THE WALT DISNEY CO.; | § | |
| (18) THE WESTERN UNION CO.; | § | |
| (19) WILDTANGENT, INC.; | § | |
| (20) AGILECO, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT SONIC SOLUTIONS' UNOPPOSED SECOND MOTION TO**
**EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Sonic Solutions ("Sonic") files this Unopposed Second Motion to Extend Time to Respond to Plaintiff's First Amended Complaint and would respectfully show the Court as follows:

Sonic has requested and Plaintiff has agreed to an additional extension of Sonic's time to respond to Plaintiff's First Amended Complaint up to and including July 31, 2009.

A proposed Order granting this agreed motion is attached for the Court's convenience.

Respectfully submitted,

 */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone No. (903) 509-5000
Facsimile No. (903) 509-5092

ATTORNEY FOR DEFENDANT
SONIC SOLUTIONS

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 6th day of July, 2009.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for Sonic Solutions has conferred with Plaintiff's counsel concerning this motion and they do not oppose the motion.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

2