IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:09-cv-102-TJW** |
| v. | |
| **BANK OF AMERICA CORP. et al.** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## **ORDER**

Before the Court is Plaintiff Actus, LLC's ("Actus") Unopposed Motion for Extension of Time to Respond to Defendant Enable Holdings, Inc.'s Motion to Dismiss.

Finding the motion well taken, the Court hereby GRANTS the motion. Actus shall have up to and including August 27, 2009, to file its response.

SO ORDERED.

SIGNED this 9th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE