IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Actus, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09-cv-102 (TJW) |
| | ) | |
| (1) Bank of America Corp.; | ) | |
| (2) Blaze Mobile, Inc.; | ) | |
| (3) Capital One Financial Corp.; | ) | JURY TRIAL DEMANDED |
| (4) Enable Holdings, Inc.; | ) | |
| (5) Google, Inc.; | ) | |
| (6) Green Dot Corp.; | ) | |
| (7) Javien Digital Payment Solutions, Inc.; | ) | |
| (8) JPMorgan Chase & Co.; | ) | |
| (9) Mastercard International, Inc.; | ) | |
| (10) Meta Financial Group, Inc.; | ) | |
| (11) M&T Bank Corp.; | ) | |
| (12) Obopay, Inc.; | ) | |
| (13) Sonic Solutions; | ) | |
| (14) Visa, Inc.; | ) | |
| (15) Vivendi Universal U.S. Holding Co.; | ) | |
| (16) Vivendi Universal, SA; | ) | |
| (17) Wal-Mart Stores, Inc.; | ) | |
| (18) The Walt Disney Co.; | ) | |
| (19) The Western Union Co.; | ) | |
| (20) WildTangent, Inc.; | ) | |
| (21) AgileCo; | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT CAPITAL ONE FINANCIAL CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Capital One Financial Corporation states that it has no parent company and that no publicly held corporation owns more than 10% of Capital One Financial Corporation's stock.

1

Dated: July 13, 2009                    Respectfully Submitted,

**SMITH & GILSTRAP**
P.O. Drawer A
Marshall, Texas 75671
Telephone: (903) 938-8321
Facsimile: (903) 938-8331

**By:**      /s/ J. Rodney Gilstrap
         J. Rodney Gilstrap
         Texas Bar No. 07964200
         gilstrap1957@yahoo.com

**Brian M. Buroker** (admitted *pro hac vice*)
**Justin T. Arbes** (admitted *pro hac vice*)
**Hunton & Williams LLP**
1900 K Street NW
Washington, DC 20006
Telephone: (202) 955-1894
Facsimile: (202) 778-2201

**ATTORNEYS FOR DEFENDANT CAPITAL ONE FINANCIAL CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 13th day of July, 2009.

/s/ J. Rodney Gilstrap