IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, § § § Plaintiff, § § v. § § § BANK OF AMERICA CORP.; BLAZE § MOBILE, INC.; CAPITAL ONE § FINANCIAL CORP.; ENABLE § HOLDINGS, INC.; GOOGLE, INC.; § GREEN DOT CORP.; JAVIEN DIGITAL § PAYMENT SOLUTIONS, INC.; § JPMORGAN CHASE & CO.; § MASTERCARD INTERNATIONAL, § INC.; META FINANCIAL GROUP, § INC.; M&T BANK CORP.; OBOPAY, § INC.; SONIC SOLUTIONS; VISA, § INC.; VIVENDI, SA; WAL-MART § STORES, INC.; THE WALT DISNEY § CO.; THE WESTERN UNION CO.; § WILDTANGENT, INC.; AGILECO, § § Defendants. § | CIVIL ACTION NO. 2:09-CV-102 JURY TRIAL DEMANDED |

## Unopposed Motion for Second Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's First Amended Complaint

Defendant, JP Morgan Chase & Co. ("JP Morgan"), without waiving any defenses set forth in Fed. R. Civ. P. 12, moves the Court for a second extension of time in which to answer or otherwise respond to Plaintiff's First Amended Complaint:

1. Defendant moves for an extension of time through and including August 7, 2009. As set forth in the above caption, this motion is unopposed.

2. Defendant respectfully submits that good cause exists and seeks the requested extension in order to adequately and properly respond to Plaintiff's First Amended Complaint.

Wherefore, Defendant, JP Morgan Chase & Co., moves for an extension of time to and including August 7, 2009 in which to answer, move or otherwise respond to Plaintiff's First Amended Complaint.

DATED: July 13, 2009                                  Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Attorney for Defendant, JP Morgan Chase & Co.

### Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 13th day of July, 2009. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough