**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| *ACTUS, LLC,* § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:09-CV-102-TJW** |
| § | **(Jury Trial Demanded)** |
| **BANK OF AMERICA CORP., et al.,** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**NOTICE IS HEREBY GIVEN** that Eric W. Pinker of Lynn Tillotson, Pinker & Cox, L.L.P., 2100 Ross Ave., Suite 2700, Dallas, Texas 75201; telephone (214) 981-3800; facsimile (214) 981-3839, hereby appears as additional counsel of record for Defendant Visa, Inc. in the above-numbered and styled cause.

Pursuant to the Federal Rules of Civil Procedure, please serve this office with all pleadings relating to this matter from this time forth. ECF Notices should be directed to the following e-mail addresses: epinker@lynnllp.com; fcrae@lynnllp.com; and mcawthon@lynnllp.com.

July 13, 2009.        Respectfully submitted,

       */s/Eric W. Pinker*
       Michael P. Lynn (TSBN 12738500)
       Eric W. Pinker (TSBN 16016550)
       Mark E. Turk (TSBN 00786298)
       **LYNN TILLOTSON, PINKER & COX, L.L.P.**
       2100 Ross Ave. Suite 2700
       Dallas, Texas 75201
       214-981-3800; 214-981-3839 - telecopier
       **ATTORNEYS FOR DEFENDANT VISA, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on this 13th day of July, 2009.

*/s/ Eric W. Pinker*
ERIC W. PINKER