**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ACTUS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA CORP., et al.**<br><br>Defendants. | **CIVIL ACTION NO. 2:09-cv-102-TJW**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiff, Actus, LLC ("Actus") and files this Unopposed Motion for Extension of Time to Respond to Defendant Bank of America Corp.'s ("Bank of America") Motion to Dismiss for Failure to State a Claim:

Bank of America filed its motion to dismiss on June 4, 2009. (Dkt. 77) Actus' response is currently due on July 17, 2009. (Dkt. 91) Actus respectfully requests additional time to file its response up to and including July 31, 2009. This extension is not for purposes of delay but to allow adequate time to respond.

Counsel for Actus conferred with counsel for Bank of America and Bank of America does not oppose the relief requested herein.

| Dated: July 14, 2009 | Respectfully Submitted, |
|---|---|
| | **ACTUS, LLC** |
| | By: /s/ William E. "Bo" Davis, III |
| | William E. "Bo" Davis III |
| | Texas State Bar No. 24047416 |
| | **The Davis Firm, PC** |
| | 111 West Tyler Street |
| | Longview, Texas 75601 |
| | Phone: 903-230-9090 |
| | Fax: 903-230-9661 |
| | **ATTORNEY FOR PLAINTIFF** |
| | **ACTUS, LLC** |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with counsel for Bank of America and that Bank of America does not oppose the relief requested herein.

/s/ William E. "Bo" Davis, III
William E. "Bo" Davis, III

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic served were served with a true and correct copy of the foregoing by email, on this the 14th day of July, 2009.

/s/ William E. "Bo" Davis, III
William E. "Bo" Davis, III