IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No: 2:09-cv-102 |
| | § | |
| BANK OF AMERICA CORP.; | § | |
| BLAZE MOBILE, INC.; | § | Jury |
| CAPITAL ONE FINANCIAL CORP.; | § | |
| ENABLE HOLDINGS, INC.; | § | |
| GOOGLE, INC.; | § | |
| GREEN DOT CORP.; | § | |
| JAVIEN DIGITAL PAYMENT | § | |
| SOLUTIONS, INC.; | § | |
| JPMORGAN CHASE & CO.; | § | |
| MASTERCARD INTERNATIONAL, INC.; | § | |
| META FINANCIAL GROUP, INC.; | § | |
| M&T BANK CORP.; | § | |
| OBOPAY, INC.; | § | |
| SONIC SOLUTIONS; | § | |
| VISA, INC.; | § | |
| VIVENDI UNIVERSAL U.S. HOLDING | § | |
| CO.; | § | |
| VIVENDI UNIVERSAL, SA; | § | |
| WAL-MART STORES, INC.; | § | |
| THE WALT DISNEY CO.; | § | |
| THE WESTERN UNION CO.; | § | |
| WILDTANGENT, INC.; | § | |
| AGILECO, | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Motion for Extension of Certain Deadlines. After careful consideration, the Court concludes that the Motion should be GRANTED.

It is therefore ORDERED that the Joint Motion for Extension of Certain Deadlines is GRANTED. It is further ORDERED that Plaintiff Actus, LLC may file its Response to

MasterCard International, Inc.'s Motion to Dismiss Plaintiff's Claims Under Fed. R. Civ. P. 12(B)(1), 12 (B)(6) and 12(B)(7) and Memorandum of Law in Support on or before July 31, 2009.

It is further ORDERED that Defendant MasterCard International, Inc. may file a Reply in Support of its Motion to Dismiss Plaintiff's Claims Under Fed. R. Civ. P. 12(B)(1), 12 (B)(6) and 12(B)(7) and Memorandum of Law in Support on or before August 21, 2009.

SIGNED this 13th day of July, 2009.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE