IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Actus, LLC | § | |
| | § | Civil Action No. 2:09-cv-102 |
| v. | § | |
| | § | Jury Trial Demanded |
| Bank of America Corp., et al | § | |

### ORDER GRANTING DEFENDANT M&T BANK CORP.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant M&T Bank Corp., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's First Amended Complaint until and through August 9, 2009. Such motion is GRANTED.

It is therefore ORDERED that Defendant M&T Bank Corp. has until and through August 9, 2009 to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

SIGNED this 13th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE