# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** | |
| Plaintiff, | **CIVIL ACTION NO. 2:09-cv-102-TJW** |
| v. | |
| **BANK OF AMERICA CORP. et al.** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## **ORDER**

Before the Court is the Joint Motion for Extension of Certain Deadlines filed by Plaintiff Actus, LLC and Defendant Visa, Inc.

Finding the motion well taken, the Court hereby GRANTS the motion. Plaintiff Actus, LLC may file its Response to Visa Inc.'s Motion to Dismiss Plaintiff's Claims Under Fed. R. Civ. P. 12(B)(1), 12(B)(6) and 12(B)(7) and Memorandum of Law in Support on or before July 31, 2009. Defendant Visa Inc. may file a Reply in Support of its Motion to Dismiss Plaintiff's Claims Under Fed. R. Civ. P. 12(B)(1), 12(B)(6) and 12(B)(7) and Memorandum of Law in Support on or before August 21, 2009.

SO ORDERED.

SIGNED this 15th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE