UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC | ) |
| | ) Civil Action No. 2:09-CV-102 (TJW) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA CORP., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
ENABLE HOLDINGS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Enable Holdings, Inc. discloses that it is a publicly held corporation. Enable Holdings, Inc. further discloses that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: July 15, 2009 | By: /s/ Eric H. Findlay |
| | Eric H. Findlay |
| | State Bar No. 00789886 |
| | FINDLAY CRAFT, LLP |
| | 6760 Old Jacksonville Hwy, Ste 101 |
| | Tyler, TX 75703 |
| | Telephone (903) 534-1100 |
| | Facsimile (903) 534-1137 |
| | efindlay@findlaycraft.com |
| | |
| | Lora Mitchell Friedemann |
| | Joshua R. Williams |
| | FREDRIKSON & BYRON, P.A. |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN 55402-1425 |
| | Telephone: (612) 492-7000 |
| | Facsimile: (612) 492-7077 |
| | |
| | ATTORNEYS FOR ENABLE HOLDINGS, INC. |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 15th day of July, 2009.

/s/ Eric H. Findlay
Eric H. Findlay

4591024_1.DOC