IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORP., *et al,*<br><br>    Defendants | Civil Action No. 2:09cv102 (TJW) |

## **DEFENDANT GREEN DOT CORPORATION'S MOTION TO DISMISS**

Defendant Green Dot Corporation ("Green Dot") hereby joins the motions to dismiss filed by Defendants MasterCard International (Docket No. 58), Bank of America Corp. (Docket No. 77), and Visa, Inc. (Docket No. 101).

The reasons the claims against Green Dot must be dismissed are the same as those articulated by the prior motions to dismiss now joined by Green Dot. Rather than clutter the Court's docket with more briefing on this issue, Green Dot joins and adopts these motions and incorporates the arguments by reference as allowed by Federal Rule of Civil Procedure 10.

Green Dot respectfully requests that the Court grant its motion to dismiss Plaintiff's claims against Green Dot with prejudice.

Dated: July 21, 2009          Respectfully submitted,

>                              By:     */s/ E. Glenn Thames, Jr.*
>                                      E. Glenn Thames, Jr.
>                                      Texas Bar No. 00785097
>                                      glennthames@potterminton.com
>                                      POTTER MINTON
>                                      A Professional Corporation
>                                      110 North College
>                                      500 Plaza Tower
>                                      Tyler, Texas 75702
>                                      (903) 597-8311
>                                      (903) 593-0846 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 21, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class mail.

>                                      */s/ E. Glenn Thames, Jr.*
>                                      E. Glenn Thames, Jr.