IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, <br><br> Plaintiff <br><br> v. <br><br> BANK OF AMERICA CORP., *et al,* <br><br> Defendants | Civil Action No. 2:09cv102 (TJW) |

**DEFENDANT GREEN DOT CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Green Dot Corporation hereby provides the following corporate disclosure statement:

a) Green Dot Corporation has no parent corporation; and

b) No publicly held corporation owns ten percent (10%) or more of its stock.

Dated: July 21, 2009          Respectfully submitted,

                              By:  */s/ E. Glenn Thames, Jr.*
                                   E. Glenn Thames, Jr.
                                   Texas Bar No. 00785097
                                   glennthames@potterminton.com
                                   POTTER MINTON
                                   A Professional Corporation
                                   110 North College
                                   500 Plaza Tower
                                   Tyler, Texas 75702
                                   (903) 597-8311
                                   (903) 593-0846 (fax)

{A35\8247\0001\W0399389.1 }

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 21, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class mail.

                                      */s/ E. Glenn Thames, Jr.*
                                      E. Glenn Thames, Jr.