IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No: 2:09-cv-102 |
| BANK OF AMERICA CORP.; | § § | |
| BLAZE MOBILE, INC.; | § | Jury |
| CAPITAL ONE FINANCIAL CORP.; | § | |
| ENABLE HOLDINGS, INC.; | § | |
| GOOGLE, INC.; | § | |
| GREEN DOT CORP.; | § | |
| JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; | § § | |
| JPMORGAN CHASE & CO.; | § | |
| MASTERCARD INTERNATIONAL, INC.; | § | |
| META FINANCIAL GROUP, INC.; | § | |
| M&T BANK CORP.; | § | |
| OBOPAY, INC.; | § | |
| SONIC SOLUTIONS; | § | |
| VISA, INC.; | § | |
| VIVENDI UNIVERSAL U.S. HOLDING CO.; | § § | |
| VIVENDI UNIVERSAL, SA; | § | |
| WAL-MART STORES, INC.; | § | |
| THE WALT DISNEY CO.; | § | |
| THE WESTERN UNION CO.; | § | |
| WILDTANGENT, INC.; | § | |
| AGILECO, | § | |
| Defendants. | § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendant, MasterCard International, Inc., ("MasterCard"), respectfully requests that N. Claire Abernathy be permitted to withdraw as counsel of record for MasterCard in this matter. The reason for this request is that Ms. Abernathy is no longer associated with the law firm

Capshaw DeRieux, LLP. No other changes are requested at this time regarding the other attorneys acting as MasterCard's counsel of record.

DATED: July 27, 2009

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

Eric Faragi
Baker Botts - New York
30 Rockefeller Plaza
44th Fl
New York, NY 10112
212/408-2591
Fax: 212/259-2591
Email: eric.faragi@bakerbotts.com

Robert C Scheinfeld
Baker Botts - New York
30 Rockefeller Plaza
44th Fl
New York, NY 10112
212-408-2512
Fax: 212-408-2512
Email: robert.scheinfeld@bakerbotts.com

Eliot D Williams
Baker Botts - New York
30 Rockefeller Plaza

44th Fl
New York, NY 10112
212/408-2563
Fax: 212/259-2563
Email: eliot.williams@bakerbotts.com

Attorneys for Defendant,
MASTERCARD INTERNATIONAL, INC.

# CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule Cv-7(H) and this motion is unopposed.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

# CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 27th day of July, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux