IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No: 2:09-cv-102 |
| | § | |
| BANK OF AMERICA CORP.; | § | |
| BLAZE MOBILE, INC.; | § | Jury |
| CAPITAL ONE FINANCIAL CORP.; | § | |
| ENABLE HOLDINGS, INC.; | § | |
| GOOGLE, INC.; | § | |
| GREEN DOT CORP.; | § | |
| JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; | § | |
| JPMORGAN CHASE & CO.; | § | |
| MASTERCARD INTERNATIONAL, INC.; | § | |
| META FINANCIAL GROUP, INC.; | § | |
| M&T BANK CORP.; | § | |
| OBOPAY, INC.; | § | |
| SONIC SOLUTIONS; | § | |
| VISA, INC.; | § | |
| VIVENDI UNIVERSAL U.S. HOLDING CO.; | § | |
| VIVENDI UNIVERSAL, SA; | § | |
| WAL-MART STORES, INC.; | § | |
| THE WALT DISNEY CO.; | § | |
| THE WESTERN UNION CO.; | § | |
| WILDTANGENT, INC.; | § | |
| AGILECO, | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

On this date came for consideration the Unopposed Motion for Withdrawal of Counsel.

The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion for Withdrawal of Counsel be and hereby is GRANTED, and that N. Claire Abernathy is no longer counsel of record for MasterCard International, Inc.

SIGNED this 29th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE