IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, § § Plaintiff, § § v. § § (1) BANK OF AMERICA CORP.; § (2) BLAZE MOBILE, INC.; § (3) CAPITAL ONE FINANCIAL CORP.; § (4) ENABLE HOLDINGS, INC.; § (5) GOOGLE, INC.; § (6) GREEN DOT CORP.; § (7) JAVIEN DIGITAL PAYMENT § SOLUTIONS, INC.; § (8) JPMORGRAN CHASE & CO.; § (9) MASTERCARD INTERNATIONAL, § INC.; § (10) META FINANCIAL GROUP, INC.; § (11) M&T BANK CORP.; § (12) OBOPAY, INC.; § (13) SONIC SOLUTIONS; § (14) VISA, INC.; § (15) VIVENDI, SA: § (16) WAL-MART STORES, INC.; § (17) THE WALT DISNEY CO.; § (18) THE WESTERN UNION CO.; § (19) WILDTANGENT, INC.; § (20) AGILECO, § § Defendants. § | Civil Action No. 2:09-cv-102-TJW<br><br>JURY TRIAL DEMANDED |

**DEFENDANT SONIC SOLUTIONS' UNOPPOSED THIRD MOTION TO
EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Sonic Solutions ("Sonic") files this Unopposed Third Motion to Extend Time to Respond to Plaintiff's First Amended Complaint and would respectfully show the Court as follows:

Sonic has requested and Plaintiff has agreed to an additional extension of Sonic's time to respond to Plaintiff's First Amended Complaint up to and including August 14, 2009.

A proposed Order granting this agreed motion is attached for the Court's convenience.

Respectfully submitted,

 */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone No. (903) 509-5000
Facsimile No. (903) 509-5092

ATTORNEY FOR DEFENDANT
SONIC SOLUTIONS

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 30th day of July, 2009.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth

## **CERTIFICATE OF CONFERENCE**

This is to certify that counsel for Sonic Solutions has conferred with Plaintiff's counsel concerning this motion and they do not oppose the motion.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth