**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ACTUS, LLC,**  Plaintiff,  v.  **BANK OF AMERICA CORP. et al.**  Defendants. | **CIVIL ACTION NO. 2:09-cv-102-TJW**  **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Actus, LLC's ("Actus") Unopposed Motion for Extension of Time to Respond to Defendant Visa, Inc.'s Motion to Dismiss for Failure to State a Claim.

Finding the motion well taken, the Court hereby GRANTS the motion. Actus shall have up to and including August 25, 2009, to file its response.

SO ORDERED.

SIGNED this 31st day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE