# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORP., et al. <br><br> Defendants. | CIVIL ACTION NO. 2:09-cv-102-TJW <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Actus, LLC hereby notifies the Court that it dismisses all claims and causes of action asserted against Defendant AgileCO in the above-entitled and numbered action.

Dated: August 4, 2009                                Respectfully Submitted,

                                                     **ACTUS, LLC**

                                                     By:  /s/ William E. "Bo" Davis, III

                                                     William E. "Bo" Davis III
                                                     Texas State Bar No. 24047416

                                                     **The Davis Firm, PC**
                                                     111 West Tyler Street
                                                     Longview, Texas  75601
                                                     Phone:  903-230-9090
                                                     Fax:  903-230-9661
                                                     Email: bdavis@bdavisfirm.com

                                                     **ATTORNEY FOR PLAINTIFF**
                                                     **ACTUS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic served were served with a true and correct copy of the foregoing by email, on this the 4th day of August, 2009.

                                                     /s/ William E. "Bo" Davis, III
                                                     William E. "Bo" Davis, III