IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC | |
| v. | |
| BANK OF AMERICA CORP.<br>BLAZE MOBILE, INC.<br>CAPITAL ONE FINANCIAL CORP.<br>ENABLE HOLDINGS, INC.<br>GOOGLE, INC.<br>GREEN DOT CORP.<br>JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.<br>JP MORGAN CHASE & CO.<br>MASTERCARD INTERNATIONAL, INC.<br>META FINANCIAL GROUP, INC.<br>M&T BANK CORP.<br>OBOPAY, INC.<br>SONIC SOLUTIONS<br>VISA, INC.<br>VIVENDI UNIVERSAL U.S. HOLDING CO.<br>VIVENDI UNIVERSAL, SA<br>WAL-MART STORES, INC.<br>THE WALT DISNEY STORES, INC.<br>THE WESTERN UNION CO.<br>WILDTANGENT, INC.<br>AGILECO | CIVIL ACTION NO. 2:09-cv-102 (TJW)<br><br>Jury Trial Demanded |

## **ORDER**

The Court, having considered Defendant The Walt Disney Co.'s Second Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's First Amended Complaint, is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant The Walt Disney Co. has until and through August 17, 2009 to answer, move or otherwise respond to Plaintiff's First Amended Complaint.

SIGNED this 5th day of August, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE