IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § | |
| | § | CIVIL ACTION NO. 2:09-CV-102 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| BANK OF AMERICA CORP.; BLAZE MOBILE, INC.; CAPITAL ONE FINANCIAL CORP.; ENABLE HOLDINGS, INC.; GOOGLE, INC.; GREEN DOT CORP.; JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; JPMORGAN CHASE & CO.; MASTERCARD INTERNATIONAL, INC.; META FINANCIAL GROUP, INC.; M&T BANK CORP.; OBOPAY, INC.; SONIC SOLUTIONS; VISA, INC.; VIVENDI, SA; WAL-MART STORES, INC.; THE WALT DISNEY CO.; THE WESTERN UNION CO.; WILDTANGENT, INC.; AGILECO, | § § § § § § § § § § § § § § § § § | |

**Order Granting Defendant's Unopposed Third Motion For
Extension of Time in Which to Answer or Otherwise
<u>Respond to Plaintiff's First Amended Complaint</u>**

After considering Defendant, JP Morgan Chase & Co.'s, Unopposed Third Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's First Amended Complaint, the Court finds that the motion should be granted.

It is, therefore, Ordered that JP Morgan Chase & Co. have through and including August 14, 2009 in which to answer, move or otherwise respond to Plaintiff's First Amended Complaint.

SIGNED this 12th day of August, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE