IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORP., et al.<br><br>    Defendants. | CIVIL ACTION NO. 2:09-cv-102-TJW<br><br>JURY TRIAL DEMANDED |

### JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, WITHDRAW MOTIONS TO DISMISS, AND ENLARGE TIME IN WHICH TO RESPOND TO SECOND AMENDED COMPLAINT

Comes now Plaintiff Actus, LLC ("Actus") and Defendants Bank of America Corp. ("BoA"), Capital One Financial Corp. ("Capital One"), Enable Holdings ("Enable"), Google, Inc. ("Google"), Green Dot Corp. ("Green Dot"), JP Morgan Chase & Co. ("JPMC"), MasterCard International, LLC ("MasterCard"), Meta Financial Group, Inc. ("Meta"), M&T Bank Corp. ("M&T"), Obopay, Inc. ("Obopay"), Sonic Solutions ("Sonic"), Visa Inc. ("Visa"), Vivendi Universal U.S. Holding Co. and Vivendi Universal, SA (collectively "Vivendi"), Wal-Mart Stores, Inc. ("Wal-Mart"), The Walt Disney Co. ("Disney"), and The Western Union Co. ("Western Union") and jointly file this Motion for Leave to File Second Amended Complaint, Withdraw Motions to Dismiss, and Enlarge Time in Which to Respond To Second Amended Complaint and would show the Court as follows:

Actus respectfully requests leave to file its Second Amended Complaint. A copy of the Second Amended Complaint is attached as Exhibit A.[1] Counsel for the parties have conferred, and Defendants do not oppose Actus' request for leave to file its Second Amended Complaint.

In light of Actus' Second Amended Complaint, and should the Court grant Actus' request for leave, Defendants BoA, Capital One, Enable, Green Dot, MasterCard, and Visa hereby withdraw their pending motions to dismiss without prejudice. (Dkt. Nos. 58, 77, 101, 114, 128, 142).

All Defendants request twenty-one (21) days to evaluate and answer or otherwise respond to the Second Amended Complaint. Counsel for the parties have conferred, and Actus does not oppose a twenty-one (21) day response period.

Dated: August 12, 2009                           Respectfully Submitted,


By: /s/ David G. Wille                           By: /s/ William E. "Bo" Davis, III

David G. Willie, *Lead Attorney*                 William E. "Bo" Davis III, *Lead Attorney*
Texas State Bar No. 00785250                     Texas State Bar No. 24047416

**Baker Botts L.L.P.**                           **The Davis Firm, PC**
2001 Ross Ave.                                   111 West Tyler Street
Suite 600                                        Longview, Texas 75601
Dallas, TX 75201-2980                            Phone: 903-230-9090
Phone: 214-953-6500                              Fax: 903-230-9661
Fax: 214-661–4791                                Email: bdavis@bdavisfirm.com
Email: david.wille@bakerbotts.com
                                                 **ATTORNEY FOR PLAINTIFF**
**ATTORNEY FOR DEFENDANT BANK**                  **ACTUS, LLC**
**OF AMERICA, CORP.**


By: /s/ Brian M. Buroker                         By: /s/ Eric Hugh Findlay

---

[1] Exhibits A thru D to the Second Amended Complaint are copies of the patents-in-suit and will be attached to the Second Amended Complaint upon filing thereof, should the Court grant this motion.

Brian M. Buroker
*Pro Hac Vice*

**Hunton & Williams LLP**
1900 K Street NW
Washington, DC 200006
Phone: 202-955-1894
Fax: 202-778-2201
Email: bburoker@hunton.com

**ATTORNEY FOR DEFENDANT CAPITAL ONE FINANCIAL CORP.**

By: /s/ Harry L. Gillam, Jr.

Harry L. Gillam, Jr.
Texas State Bar No. 07921800

**Gillam & Smith, LLP**
303 South Washington Avenue
Marshall , TX 75670
Phone: 903-934-8450
Fax: 903-934-9257
Email: gil@gillamsmithlaw.com

**ATTORNEY FOR DEFENDANT GOOGLE, INC.**

By: /s/ Trey Yarbrough

Trey Yarbrough, *Lead Attorney*
Texas State Bar No. 22133500

**YARBROUGH ♦ WILCOX, PLLC**
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Phone: 903-595-3111
Fax: 903-595-0191
Email: trey@yw-lawfirm.com

**ATTORNEY FOR DEFENDANT JP**

Eric Hugh Findlay
Texas State Bar No. 00789886

**Findlay Craft**
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Phone: 903-534-1100
Fax: 903-534-1137
Email: efindlay@findlaycraft.com

**ATTORNEY FOR DEFENDANT ENABLE HOLDINGS, INC.**

By: /s/ E. Glenn Thames, Jr.

E. Glenn Thames, Jr.
Texas Bar No. 00785097

**Potter Minton, PC**
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone: 903-597-8311
Fax: 903-593-0846
Email: glennthames@potterminton.com

**ATTORNEY FOR DEFENDANT GREENT DOT CORP.**

By: /s/ Elizabeth L. DeRieux

Elizabeth L. DeRieux
Texas State Bar No. 05770585

**CAPSHAW DeRIEUX, LLP**
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601
Phone: 903-236-9800
Fax: 903-236-8787
Email: ederieux@capshawlaw.com

| | |
|---|---|
| **MORGAN CHASE & CO.** | **ATTORNEY FOR DEFENDANT MASTERCARD INTERNATIONAL, INC.** |
| By: /s/ John H. Barr, Jr. | By: /s/ Michael E. Jones |
| John H. Barr, Jr., *Lead Attorney*<br>Texas State Bar No. 00783605 | Michael E. Jones<br>Texas State Bar No. 10929400 |
| **Bracewell & Giuliani, LLP**<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002<br>Phoen: 713-223-2300<br>Fax: 713-221-1212<br>Email: john.barr@bgllp.com | **Potter Minton, PC**<br>110 North College<br>500 Plaza Tower<br>Tyler, Texas 75702<br>Phone: 903-597-8311<br>Fax: 903-593-0846<br>Email: mikejones@potterminton.com |
| **ATTORNEY FOR DEFENDANT META FINANCIAL GROUP, INC.** | **ATTORNEY FOR DEFENDANT M&T BANK CORP.** |
| By: /s/ Jose C. Villarreal | By: /s/ Jennifer Parker Ainsworth |
| Jose C. Villarreal, *Lead Attorney*<br>Texas State Bar No. 24003113 | Jennifer Parker Ainsworth<br>Texas State Bar No. 00784720 |
| **WILSON, SONSINI, GOODRICH & ROSATI, P.C.**<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, Texas 78746-5546<br>Phone: 512-338-5400<br>Fax: 512-338-5499<br>Email: jvillarreal@wsgr.com | **WILSON, ROBERTSON & CORNELIUS, P.C.**<br>909 ESE Loop 323, Suite 400<br>P.O. Box 7339 [75711]<br>Tyler, Texas 75701<br>Phone: 903-509-5000<br>Fax: 903-509-5092<br>Email: jainsworth@wilsonlawfirm.com |
| **ATTORNEY FOR DEFENDANT OBOPAY, INC.** | **ATTORNEY FOR DEFENDANT SONIC SOLUTIONS** |
| By: /s/ David P. Gersch | By: /s/ J. Thad Heartfield |
| David P. Gersch<br>*PRO HAC VICE* | J. Thad Heartfield<br>Texas Bar No. 09346800 |
| **Arnold & Porter LLP** | **The Heartfield Law Firm** |

| | |
|---|---|
| 555 Twelfth Street, NW<br>Washington , DC 20004-1206<br>Phone:  202-942-5125<br>Fax:  202-942-5999<br>Email: david.gersch@aporter.com<br><br>**ATTORNEY FOR DEFENDANT VISA INC.** | 2195 Dowlen Road<br>Beaumont, Texas 77706<br>Phone:  409-866-3318<br>Fax:  409-866-5789<br>Email: thad@jth-law.com<br><br>**ATTORNEY FOR DEFENDANTS VIVENDI UNIVSERSAL U.S. HOLDING CO. AND VIVENDI UNIVERSITAL, SA.** |
| By:  /s/ Robert Christopher Bunt<br><br>Robert Christopher Bunt<br>State Bar No. 00787165<br><br>**PARKER, BUNT & AINSWORTH, P.C.**<br>100 E. Ferguson, Suite 1114<br>Tyler, Texas 75702<br>Phone:  903-531-3535<br>Fax:  903-533-9687<br>Email: rcbunt@pbatyler.com<br><br>**ATTORNEY FOR DEFENDANT THE WALT DISNEY CO.** | By:  /s/ David E. Sipiora<br><br>David E. Sipiora<br>*PRO HAC VICE*<br><br>**Townsend Townsend & Crew LLP**<br>1400 Wewatta Street<br>Suite 600<br>Denver , CO 80202-5556<br>303/571-4000<br>Fax: 303/571-4321<br>Email: desipiora@townsend.com<br><br>**ATTORNEY FOR DEFENDANT THE WESTERN UNION CO.** |

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for the parties conferred regarding this motion and the parties agree upon the relief requested herein.

/s/ William E. "Bo" Davis, III
William E. "Bo" Davis, III


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic served were served with a true and correct copy of the foregoing by email, on this the 12th day of August, 2009.

/s/ William E. "Bo" Davis, III
William E. "Bo" Davis, III