# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORP., et al. <br><br> Defendants. | CIVIL ACTION NO. 2:09-cv-102-TJW <br><br> JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiff, Actus, LLC ("Actus") and files this Unopposed Motion for Extension of Time to Respond to Defendants Vivendi Universal U.S. Holding Co. and Vivendi Universal, SA's ("Vivendi") Motion to Dismiss:

Vivendi filed its motion to dismiss on June 17, 2009. (Dkt. 104) Actus' response is currently due on August 17, 2009. Actus respectfully requests additional time to file its response up to and including September 17, 2009. This extension is not for purposes of delay but to allow adequate time to respond.

Counsel for Actus conferred with counsel for Vivendi and does not oppose the relief requested herein.

Dated: August 13, 2009        Respectfully Submitted,

                              **ACTUS, LLC**

                              By: /s/ William E. "Bo" Davis, III

                              William E. "Bo" Davis III
                              Texas State Bar No. 24047416
                              **The Davis Firm, PC**
                              111 West Tyler Street
                              Longview, Texas 75601
                              Phone: 903-230-9090
                              Fax: 903-230-9661

                              **ATTORNEY FOR PLAINTIFF**
                              **ACTUS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with counsel for Vivendi and that Vivendi does not oppose the relief requested herein.

                              /s/ William E. "Bo" Davis, III
                              William E. "Bo" Davis, III

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic served were served with a true and correct copy of the foregoing by email, on this the 13th day of August, 2009.

                              /s/ William E. "Bo" Davis, III
                              William E. "Bo" Davis, III