# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORP., et al.<br><br>    Defendants. | CIVIL ACTION NO. 2:09-cv-102-TJW<br><br>JURY TRIAL DEMANDED |

## ORDER

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between plaintiff, Actus LLC, and defendant Obopay, Inc., the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendants are hereby dismissed with prejudice and all counterclaims are dismissed as moot, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" dated August 14, 2009.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 27th day of August, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE