UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC | § § § | |
| Plaintiff, | § § | |
| VS. | § § § § | Civil Action No. 2:09-CV-102-TJW |
| BANK OF AMERICA CORP.., ET AL | § § § | |
| Defendants. | § | |

## DEFENDANT GOOGLE INC.'S FOURTH UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Defendant GOOGLE INC., without waiving any defenses described or referred to in Rule 12 F.R.C.P., and moves the Court to extend the time within which Defendant is required to move, answer or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement up to and including September 29, 2009.

II.

Counsel for Plaintiff, Actus, LLC, is not opposed to this request.

III.

Defendant seeks this extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, GOOGLE INC. respectfully prays that the time to answer, move or otherwise respond to ACTUS, LLC's Second Amended Complaint for Patent Infringement be extended to and include September 29, 2009.

Dated: August 31, 2009

Respectfully submitted,

GILLAM & SMITH, L.L.P.

/s/
Harry L. Gillam, Jr.
State Bar No. 07921800
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com
melissa@gillamsmithlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 31, 2009, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/
Harry L. Gillam, Jr.