UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § Civil Action No. 2:09-CV-102-TJW |
| | § |
| | § |
| | § |
| BANK OF AMERICA CORP., ET AL | § |
| | § |
| Defendants. | § |

**ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

On this day came for consideration GOOGLE INC.'s Fourth Unopposed Motion for Extension of time to answer, move or otherwise respond to Plaintiff's Second Amended Complaint. After considering the same, the Court is of the opinion that the same should be granted.

It is hereby ORDERED that GOOGLE INC.'s Motion to Extend Time to Answer, move or otherwise respond to Plaintiff's Second Amended Complaint is GRANTED and GOOGLE INC. will file its Answer on or before September 29, 2009.

SIGNED this 2nd day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE