IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Actus, LLC <br><br> Plaintiff, <br><br> vs. <br><br> Bank of America., et al. <br><br> Defendants. | Civil Action No. 2:09-cv-00102 TJW <br><br> Demand for Jury Trial |

## DEFENDANT BANK OF AMERICA CORPORATION'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Bank of America Corporation files this Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to Plaintiff's Amended Complaint.

Plaintiff has agreed to extend the time period for Bank of America to answer, move or otherwise respond to Plaintiff's Amended Complaint until September 22, 2009.

Accordingly, pursuant to Rule 6 of the Federal Rules of Civil Procedure, Bank of America asks the Court to enter the accompanying order, which enlarges the time to answer, move or otherwise respond to Plaintiff's Amended Complaint until September 22, 2009.

A proposed Order granting this unopposed motion is attached.

Dated: September 4, 2009

Respectfully submitted,

By: /s/ *David G. Wille*
   David G. Wille
     Texas State Bar No. 00785250
     Email: david.wille@bakerbotts.com
   Samir A. Bhavsar
     Texas State Bar No. 00798065
     Email: samir.bhavsar@bakerbotts.com
   Christopher S. Storm
     Texas State Bar No. 24066154
     Email: chris.storm@bakerbotts.com
   **BAKER BOTTS L.L.P.**
   2001 Ross Avenue
   Dallas, Texas 75201
   Telephone: (214) 953–6500
   Facsimile: (214) 661–4791

**ATTORNEYS FOR DEFENDANT BANK OF AMERICA CORPORATION**

## CERTIFICATE OF SERVICE
## PURSUANT TO LOCAL RULE CV-5(D)

I certify that on September 4, 2009, all counsel are being served with a copy of this document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A), if they have consented to electronic service, or (2) by electronic mail, pursuant to Local Rule CV-5(d), if they have not so consented.

*/s/ David G. Wille*
David G. Wille