IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| ACTUS, LLC | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | CA No. 2:09-cv-102-TJW |
| v. | § | |
| | § | |
| BANK OF AMERICA CORP., ET AL. | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT WAL-MART STORES, INC.'S AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, and files this amended unopposed motion for extension of time in which to answer or otherwise respond to Plaintiff Actus, LLC's Second Amended Complaint and would respectfully show the Court as follows:

Wal-Mart has requested and Plaintiff has agreed to a further 21-day extension of Wal-Mart's time to answer or otherwise respond to Plaintiff's Second Amended Complaint. Specifically, Wal-Mart requests, and Plaintiff does not oppose, an extension of time up to and including September 28, 2009.

A proposed Order granting this unopposed motion is attached hereto.

Respectfully submitted,

/s/ Michael C. Smith

Michael C. Smith
State Bar No. 18650410
Siebman, Reynolds, Burg, Phillips & Smith, LLP
713 South Washington Avenue
Marshall, Texas 75670
Office: (903) 938-8900
(Fax): (972) 767-4620
michaelsmith@siebman.com

COUNSEL FOR WAL-MART STORES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 8TH day of September, 2009. Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Michael C. Smith