IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORP.; <br> BLAZE MOBILE, INC.; <br> CAPITAL ONE FINANCIAL CORP.; <br> ENABLE HOLDINGS, INC.; <br> GOOGLE, INC.; <br> GREEN DOT CORP.; <br> JAVIEN DIGITAL PAYMENT <br>   SOLUTIONS, INC.; <br> JPMORGAN CHASE & CO.; <br> MASTERCARD INTERNATIONAL INC.; <br> META FINANCIAL GROUP, INC.; <br> M&T BANK CORP.; <br> SONIC SOLUTIONS; <br> VISA, INC.; <br> VIVENDI UNIVERSAL U.S. HOLDING <br>   CO.; <br> VIVENDI UNIVERSAL S.A.; <br> WAL-MART STORES, INC.; <br> DISNEY GIFT CARD SERVICES, INC.; <br> WESTERN UNION FINANCIAL <br>   SERVICES, INC., <br><br> Defendants. | CIVIL ACTION NO.: 2:09-cv-102-TJW <br><br> JURY TRIAL DEMANDED |

**DEFENDANT WESTERN UNION FINANCIAL SERVICES, INC.'S
RULE 7.1(a) DISCLOSURE STATEMENT**

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Western Union Financial Services, Inc. ("WUFS") states that it is a wholly owned subsidiary of The Western Union Company, which is publicly traded. No other publicly held corporation owns more than 10% of WUFS's stock, directly or indirectly.

Respectfully submitted,

DATE: September 8, 2009    By: */s/ Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No. 00787165
Parker, Bunt & Ainsworth, PC
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)
rcbunt@pbatyler.com

Of Counsel:

David E. Sipiora (Lead Attorney)
   CO Bar No. 29759
Scott L. McMillan
   CO Bar No. 40596
TOWNSEND AND TOWNSEND AND CREW LLP
1400 Wewatta St., Suite 600
Denver, CO 80202
(303) 571-4000
(303) 571-4321 (fax)
desipiora@townsend.com
slmcmillan@townsend.com

ATTORNEYS FOR DEFENDANT
WESTERN UNION FINANCIAL
SERVICES, INC.

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). All others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing pursuant to Federal Rule of Civil Procedure 5(d) or Local Rule CV-5(d) via email or facsimile transmission or via first class mail this 8th day of September, 2009.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT

62205176 v1