IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORP.;<br>BLAZE MOBILE, INC.;<br>CAPITAL ONE FINANCIAL CORP.;<br>ENABLE HOLDINGS, INC.;<br>GOOGLE, INC.;<br>GREEN DOT CORP.;<br>JAVIEN DIGITAL PAYMENT<br>    SOLUTIONS, INC.;<br>JPMORGAN CHASE & CO.;<br>MASTERCARD INTERNATIONAL INC.;<br>META FINANCIAL GROUP, INC.;<br>M&T BANK CORP.;<br>SONIC SOLUTIONS;<br>VISA, INC.;<br>VIVENDI UNIVERSAL U.S. HOLDING<br>    CO.;<br>VIVENDI UNIVERSAL S.A.;<br>WAL-MART STORES, INC.;<br>DISNEY GIFT CARD SERVICES, INC.;<br>WESTERN UNION FINANCIAL<br>    SERVICES, INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 2:09-cv-102-TJW<br><br>JURY TRIAL DEMANDED |

**DEFENDANT DISNEY GIFT CARD SERVICES, INC.'S**
<u>**DESIGNATION OF LEAD COUNSEL**</u>

PLEASE TAKE NOTICE that the following attorney, admitted *pro hac vice* in this matter, is designated as lead counsel for Defendant Disney Gift Card Services, Inc.:

> David E. Sipiora
> CO Bar No. 29759
> TOWNSEND AND TOWNSEND AND CREW, LLP
> 1400 Wewatta St., Suite 600
> Denver, CO 80202
> (303) 571.4000
> (303) 571.4321 Facsimile
> desipiora@townsend.com

Respectfully submitted,

DATE: September 9, 2009     By:  */s/ Robert Christopher Bunt*
　　　　　　　　　　　　　　　　Robert Christopher Bunt
　　　　　　　　　　　　　　　　State Bar No. 00787165
　　　　　　　　　　　　　　　　PARKER, BUNT & AINSWORTH, PC
　　　　　　　　　　　　　　　　100 East Ferguson, Suite 1114
　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　(903) 531-3535
　　　　　　　　　　　　　　　　(903) 533-9687 (fax)
　　　　　　　　　　　　　　　　rcbunt@pbatyler.com

　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
OF COUNSEL:　　　　　　　　　　DISNEY GIFT CARD SERVICES, INC.

*/s/ David E. Sipiora (with permission by Robert Christopher Bunt)*
David E. Sipiora (Lead Attorney)
　CO Bar No. 29759
Ryan D. Phillips
　CO Bar No. 38234
TOWNSEND AND TOWNSEND AND CREW LLP
1400 Wewatta St., Suite 600
Denver, CO 80202
(303) 571-4000
(303) 571-4321 (fax)
desipiora@townsend.com
rdphillips@townsend.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). All others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing pursuant to Local Rule CV-5(d) via email or facsimile transmission, or by first class mail this 9th day of September 2009.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT