IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORP.;<br>BLAZE MOBILE, INC.;<br>CAPITAL ONE FINANCIAL CORP.;<br>ENABLE HOLDINGS, INC.;<br>GOOGLE, INC.;<br>GREEN DOT CORP.;<br>JAVIEN DIGITAL PAYMENT<br>    SOLUTIONS, INC.;<br>JPMORGAN CHASE & CO.;<br>MASTERCARD INTERNATIONAL INC.;<br>META FINANCIAL GROUP, INC.;<br>M&T BANK CORP.;<br>SONIC SOLUTIONS;<br>VISA, INC.;<br>VIVENDI UNIVERSAL U.S. HOLDING<br>    CO.;<br>VIVENDI UNIVERSAL S.A.;<br>WAL-MART STORES, INC.;<br>DISNEY GIFT CARD SERVICES, INC.;<br>WESTERN UNION FINANCIAL<br>    SERVICES, INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 2:09-cv-102-TJW<br><br>JURY TRIAL DEMANDED |

**DEFENDANT DISNEY GIFT CARD SERVICES, INC.'S**
<u>**DESIGNATION OF LEAD COUNSEL**</u>

PLEASE TAKE NOTICE that the following attorney, admitted *pro hac vice* in this matter, is designated as lead counsel for Defendant Disney Gift Card Services, Inc.:

    David E. Sipiora
    CO Bar No. 29759
    TOWNSEND AND TOWNSEND AND CREW, LLP
    1400 Wewatta St., Suite 600
    Denver, CO 80202
    (303) 571.4000
    (303) 571.4321 Facsimile
    desipiora@townsend.com

Respectfully submitted,

DATE: September 9, 2009    By:  */s/ David E. Sipiora*
    David E. Sipiora (Lead Attorney)
      CO Bar No. 29759
    Ryan D. Phillips
      CO Bar No. 38234
    TOWNSEND AND TOWNSEND AND CREW LLP
    1400 Wewatta St., Suite 600
    Denver, CO 80202
    (303) 571-4000
    (303) 571-4321 (fax)
    desipiora@townsend.com
    rdphillips@townsend.com

    Robert Christopher Bunt
    State Bar No. 00787165
    PARKER, BUNT & AINSWORTH, PC
    100 East Ferguson, Suite 1114
    Tyler, Texas 75702
    (903) 531-3535
    (903) 533-9687 (fax)
    rcbunt@pbatyler.com

    ATTORNEYS FOR DEFENDANT
    DISNEY GIFT CARD SERVICES, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). All others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing pursuant to Local Rule CV-5(d) via email or facsimile transmission, or by first class mail this 9th day of September 2009.

                                        */s/ David E. Sipiora*
                                        DAVID E. SIPIORA