# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORP., et al. <br><br> Defendants. | CIVIL ACTION NO. 2:09-cv-102-TJW <br><br> JURY TRIAL DEMANDED |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Actus, LLC ("Actus") and defendant, Sonic Solutions ("Sonic"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action between Actus and Sonic WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated August 26, 2009, with each party to bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| Dated: September 9, 2009 | Respectfully Submitted, |

| | |
|---|---|
| **SONIC SOLUTIONS** | **ACTUS, LLC** |
| By: /s/ Jennifer Parker Ainsworth | By: /s/ William E. "Bo" Davis, III |
| Jennifer Parker Ainsworth<br>Texas State Bar No. 00784720 | William E. "Bo" Davis III<br>Texas State Bar No. 24047416 |
| **Wilson Robertson & Cornelius PC**<br>909 ESE Loop 323<br>Suite 400<br>P.O. Box 7339<br>Tyler , TX 75711-7339<br>Telephone: 903-509-5000<br>Fax: 903-509-5092<br>Email: jainsworth@wilsonlawfirm.com | **The Davis Firm, PC**<br>111 West Tyler Street<br>Longview, Texas 75601<br>Phone: 903-230-9090<br>Fax: 903-230-9661<br>Email: bdavis@bdavisfirm.com |
| **ATTORNEY FOR DEFENDANT<br>SONIC SOLUTIONS** | **ATTORNEY FOR PLAINTIFF<br>ACTUS, LLC** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic served were served with a true and correct copy of the foregoing by email, on this the 9th day of September, 2009.

/s/ William E. "Bo" Davis, III
William E. "Bo" Davis, III