IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Actus, LLC<br><br>                    Plaintiff,<br><br>vs.<br><br>Bank of America., et al.<br><br>                    Defendants. | Civil Action No. 2:09-cv-00102 TJW<br><br>Demand for Jury Trial |

## ORDER GRANTING DEFENDANT BANK OF AMERICA CORPORATION'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Before the Court is Defendant Bank of America Corporation's Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint. Having considered the matter, the Court **GRANTS** the motion and extends the date for Defendant to answer, move or otherwise respond to Plaintiff's Complaint until and including September 22, 2009.

SIGNED this 10th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE