IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC § | |
| § | |
| Plaintiff, § | |
| § | CA No. 2:09-cv-102-TJW |
| v. § | |
| § | |
| BANK OF AMERICA CORP., ET AL. § | |
| § | |
| Defendants. § | |

## ORDER GRANTING UNOPPOSED EXTENSION OF TIME TO ANSWER

The Court, having considered the Unopposed Motion by Defendant Wal-Mart Stores, Inc. for an Extension of Time to File Answer to Plaintiff's Second Amended Complaint, hereby GRANTS the Motion.

Defendant Wal-Mart Stores, Inc. has until September 28, 2009 to file an answer to the Plaintiff's Second Amended Complaint.

SIGNED this 10th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE