# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 2:09-cv-102-TJW |
| v. | |
| BANK OF AMERICA CORP., et al. | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice asserted by plaintiff, Actus LLC, against defendant Sonic Solutions, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Actus and Sonic are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" dated August 26, 2009.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 17th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

24528\2040382.1