IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** | |
| Plaintiff, | **CIVIL ACTION NO. 2:09-cv-102-TJW** |
| v. | |
| **BANK OF AMERICA CORP. et al.** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## **ORDER**

Before the Court is Plaintiff Actus, LLC's ("Actus") Unopposed Motion for Extension of Time to Respond to Defendants Vivendi Universal U.S. Holding Co. and Vivendi Universal, SA's Motion to Dismiss for Failure to State a Claim.

Finding the motion well taken, the Court hereby GRANTS the motion. Actus shall have up to and including October 20, 2009, to file its response.

SIGNED this 17th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE