**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ACTUS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:09-cv-102-TJW** |
| **v.** | |
| **BANK OF AMERICA CORP. et al.** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## ORDER

Before the Court is Plaintiff Actus, LLC's ("Actus") Unopposed Motion for Extension of Time to Respond to Defendants Bank of America Corporation, Capital One Financial Corporation, Enable Holdings, Inc., Green Dot Corp., JP Morgan Chase & Co., MasterCard International Incorporated, Meta Financial Group, Inc., M&T Bank Corp., and Visa Inc.'s (the "Moving Defendants") Motion to Dismiss for Failure to State a Claim.

Finding the motion well taken, the Court hereby GRANTS the motion. Actus shall have up to and including October 14, 2009, to file its response.

SO ORDERED.