UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § Civil Action No. 2:09-CV-102-TJW |
| | § |
| BANK OF AMERICA CORP., ET AL | § |
| | § |
| Defendants. | § |

## ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER COMPLAINT

On this day came for consideration GOOGLE INC.'s Fifth Unopposed Motion for Extension of time to answer, move or otherwise respond to Plaintiff's Second Amended Complaint. After considering the same, the Court is of the opinion that the same should be granted.

It is hereby ORDERED that GOOGLE INC.'s Motion to Extend Time to Answer, move or otherwise respond to Plaintiff's Second Amended Complaint is GRANTED and GOOGLE INC. will file its Answer on or before October 20, 2009.

SIGNED this 30th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE