# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** | |
| **Plaintiff,** | |
| v. | **CASE NO. 2:09-CV-102-TJW** |
| **BANK OF AMERICA CORP.,** *et al.* | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

# ORDER

Before the Court is Defendants' Joint Motion to Dismiss Counts I and II of Plaintiff's Second Amended Complaint Under Fed. R. Civ. P. 12(b)(6). After due consideration, the Court finds that the motion should be denied.

Defendant's Motion is hereby DENIED.

SO ORDERED.