# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** | |
| Plaintiff, | **CIVIL ACTION NO. 2:09-cv-102-TJW** |
| v. | |
| **BANK OF AMERICA CORP., et al.** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Actus, LLC ("Actus") and Defendant Google, Inc. ("Google"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (a)(2) and (c), hereby move for an order dismissing Plaintiff's claims in this action against Defendant Google, Inc. WITH PREJUDICE, with each Party to bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| Dated: October 16, 2009 | Respectfully Submitted, |

| | |
|---|---|
| **GOOGLE, INC.** | **ACTUS, LLC** |
| By: /s/ Harry L. Gillam, Jr. | By: /s/ William E. Davis, III |
| Harry L. Gillam, Jr. | |
| State Bar No. 07921800 | William E. Davis III |
| Melissa R. Smith | Texas State Bar No. 24047416 |
| State Bar No. 24001351 | |
| | **The Davis Firm, PC** |
| **GILLAM & SMITH, L.L.P.** | 111 West Tyler Street |
| 303 South Washington Avenue | Longview, Texas 75601 |
| Marshall, Texas 75670 | Phone: 903-230-9090 |
| Telephone: (903) 934-8450 | Fax: 903-230-9661 |
| Facsimile: (903) 934-9257 | Email: bdavis@bdavisfirm.com |
| gil@gillamsmithlaw.com | |
| melissa@gillamsmithlaw.com | **ATTORNEY FOR PLAINTIFF ACTUS, LLC** |
| **ATTORNEYS FOR DEFENDANT GOOGLE, INC.** | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 16th day of October, 2009.

/s/ William E. Davis, III
William E. Davis, III