**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ACTUS, LLC,**  Plaintiff,  v.  **BANK OF AMERICA CORP. et al.**  Defendants. | **CIVIL ACTION NO. 2:09-cv-102-TJW**  **JURY TRIAL DEMANDED** |

## **ORDER**

Before the Court is Plaintiff Actus, LLC's ("Actus") Unopposed Motion for Extension of Time to Respond to Defendants Vivendi Universal U.S. Holding Co. and Vivendi Universal, SA's Motion to Dismiss for Failure to State a Claim.

Finding the motion well taken, the Court hereby GRANTS the motion. Actus shall have up to and including November 5, 2009, to file its response.

SO ORDERED.