UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, )<br>)<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>BANK OF AMERICA CORP., et al., )<br>)<br>        Defendants. ) | Case No.: 2:09-cv-00102-TJW |

## <u>ORDER GRANTING UNOPPOSED EXTENSION OF TIME TO ANSWER</u>

The Court, having considered the Unopposed Motion by Defendant Wal-Mart Stores, Inc.

for an Extension of Time to Respond to Plaintiff's Second Amended Complaint, hereby

GRANTS the Motion.

Defendant Wal-Mart Stores, Inc. has until November 9, 2009 to file its answer or other

response to the Plaintiff's Second Amended Complaint.

Dockets.Justia.com