# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** | |
| Plaintiff, | CIVIL ACTION NO. 2:09-cv-102-TJW |
| v. | |
| **BANK OF AMERICA CORP., et al.** | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Parties' Stipulated Motion for Dismissal of Plaintiff's claims against Defendant Google, Inc. with prejudice, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED that all claims asserted in this suit by Plaintiff against Defendant are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the Party that incurred them.

SIGNED this 22ndday of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE