IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No: 2:09-cv-102 |
| BANK OF AMERICA CORP.; BLAZE MOBILE, INC.; CAPITAL ONE FINANCIAL CORP.; ENABLE HOLDINGS, INC.; GOOGLE, INC.; GREEN DOT CORP.; JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.; JPMORGAN CHASE & CO.; MASTERCARD INTERNATIONAL, INC.; META FINANCIAL GROUP, INC.; M&T BANK CORP.; OBOPAY, INC.; SONIC SOLUTIONS; VISA, INC.; VIVENDI UNIVERSAL U.S. HOLDING CO.; VIVENDI UNIVERSAL, SA; WAL-MART STORES, INC.; THE WALT DISNEY CO.; THE WESTERN UNION CO.; WILDTANGENT, INC.; AGILECO, Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Jury |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Reply. After careful consideration, the Court concludes that the Motion should be GRANTED.

It is therefore ORDERED that the Unopposed Motion for Extension of Time to Reply is GRANTED. It is further ORDERED that the Moving Defendants may file their Reply to the Motion to Dismiss on or before November 4, 2009.

SIGNED this 22ndday of October, 2009.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE