UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:09-cv-00102-TJW |
| | ) |
| BANK OF AMERICA CORP., et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER GRANTING UNOPPOSED EXTENSION OF TIME TO ANSWER**

The Court, having considered the Unopposed Motion by Defendant Wal-Mart Stores, Inc. for an Extension of Time to Respond to Plaintiff's Second Amended Complaint, hereby GRANTS the Motion.

Defendant Wal-Mart Stores, Inc. has until November 9, 2009 to file its answer or other response to the Plaintiff's Second Amended Complaint.

SIGNED this 22ndday of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE