**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ACTUS, LLC** | § | |
| | § | |
| **V.** | § | **NO. 2:09CV102** |
| | § | |
| **BANK OF AMERICA CORP, ET AL.** | § | |

## ORDER OF RECUSAL

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

SIGNED this 26th day of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE