UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    Case No.: 2:09-cv-00102-TJW ) |
| BANK OF AMERICA CORP., et al., | ) ) |
|     Defendants. | ) |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST DEFENDANT WAL-MART STORES, INC.**

The plaintiff, Actus LLC, and defendant Wal-Mart Stores, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby respectfully move the Court for an order dismissing all claims in this action WITH PREJUDICE and dismissing any counterclaims as MOOT, subject to the terms of that certain agreement entitled SETTLEMENT AGREEMENT and dated October 8, 2009, with each party to bear its own costs, expenses and attorneys' fees.

Dated: October 26, 2009

[signature]

Michael C. Smith
State Bar No. 18650410
Siebman, Reynolds, Burg, Phillips & Smith, LLP
713 South Washington Avenue
Marshall, Texas 75670
Office: (903) 938-8900
Fax: (972) 767-4620
michaelsmith@siebman.com

David A. Roodman
*Admitted pro hac vice*
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
e-mail: daroodman@bryancave.com

**COUNSEL FOR DEFENDANT
WAL-MART STORES, INC.**

Respectfully submitted,

/s/ William E. Davis, III

William E. "Bo" Davis III
State Bar No. 24047416
The Davis Firm, PC
111 West Tyler Street
Longview, Texas 75601
Phone: 903-230-9090
Fax: 903-230-9661
Email: bdavis@bdavisfirm.com

**COUNSEL FOR PLAINTIFF
ACTUS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic served were served with a true and correct copy of the foregoing by email, on this the 27th day of October, 2009.

/s/ William E. Davis, III
William E. Davis, III