# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ACTUS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:09-CV-102 |
| | § | |
| BANK OF AMERICA CORPORATION, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

The above-captioned case is hereby TRANSFERRED from the docket of the undersigned to the docket of the Honorable T. John Ward.

**IT IS SO ORDERED.**

**SIGNED this 29th day of October, 2009.**


DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com