**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ACTUS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:09-cv-102-TJW** |
| **v.** | |
| **BANK OF AMERICA CORP., et al.** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiff, Actus, LLC ("Actus") and files this Unopposed Motion for Extension of Time to Respond to Defendants Vivendi Universal U.S. Holding Co. and Vivendi Universal, SA's ("Vivendi") Motion to Dismiss:

Vivendi filed its motion to dismiss on June 17, 2009. (Dkt. 104) Actus' response is currently due on November 5, 2009. Actus respectfully requests additional time to file its response up to and including November 19, 2009. This extension is not for purposes of delay but to allow adequate time to respond.

Counsel for Actus conferred with counsel for Vivendi and does not oppose the relief requested herein.

Dated:  November 5, 2009

Respectfully Submitted,

**ACTUS, LLC**

By:  /s/ William E. Davis, III

William E. Davis III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas  75601
Phone:  903-230-9090
Fax:  903-230-9661

**ATTORNEY FOR PLAINTIFF
ACTUS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with counsel for Vivendi and that Vivendi does not oppose the relief requested herein.

/s/ William E. Davis, III
William E. Davis, III

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic served were served with a true and correct copy of the foregoing by email, on this the 5th day of November, 2009.

/s/ William E. Davis, III
William E. Davis, III