# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:09-cv-102-TJW** |
| v. | |
| **BANK OF AMERICA CORP. et al.** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## **ORDER**

Before the Court is Plaintiff Actus, LLC's ("Actus") Unopposed Motion for Extension of Time to Respond to Defendants Vivendi Universal U.S. Holding Co. and Vivendi Universal, SA's Motion to Dismiss for Failure to State a Claim.

Finding the motion well taken, the Court hereby GRANTS the motion. Actus shall have up to and including November 19, 2009, to file its response.

SO ORDERED.