# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, | |
| **Plaintiff,** | CIVIL ACTION NO. 2:09-cv-102-TJW |
| v. | |
| | JURY TRIAL DEMANDED |
| BANK OF AMERICA CORP., et al. | |
| **Defendants.** | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Actus LLC, and defendant, JPMorgan Chase & Co., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE and dismissing all counterclaims as MOOT, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated October 30, 2009, with each party to bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| Dated: November 10, 2009 | Respectfully Submitted, |
| JPMORGAN CHASE & CO. | **ACTUS, LLC** |
| By: /s/ Herbert A. Yarbrough, III | By: /s/ William E. Davis, III |
| Herbert A. Yarbrough, III | William E. Davis, III |
| Texas State Bar No. 22133500 | Texas State Bar No. 24047416 |
| **Yarbrough & Wilcox, PLLC** | **The Davis Firm, PC** |
| 100 East Ferguson, Suite 1015 | 111 West Tyler Street |
| Tyler, Texas 75702 | Longview, Texas 75601 |
| Phone: 903-595-3111 | Phone: 903-230-9090 |
| Fax: 903-595-0191 | Fax: 903-230-9661 |
| Email: trey@yw-lawfirm.com | Email: bdavis@bdavisfirm.com |
| **ATTORNEY FOR DEFENDANT JPMORGAN CHASE & CO.** | **ATTORNEY FOR PLAINTIFF ACTUS, LLC** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic served were served with a true and correct copy of the foregoing by email, on this the 10th day of November, 2009.

/s/ William E. Davis, III
William E. Davis, III