# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** § | |
| § | |
| **Plaintiff,** § | Civil Action No. 2:09-cv-102 [TJW] |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **BANK OF AMERICA CORP., et al.** § | |
| **Defendants.** § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**NOTICE IS HEREBY GIVEN** that Mark E. Turk of Lynn Tillotson, Pinker & Cox, L.L.P., 2100 Ross Ave., Suite 2700, Dallas, Texas 75201; telephone (214) 981-3800; facsimile (214) 981-3839, hereby makes his appearance as additional counsel of record for Defendant M&T Bank, Corp. in the above-numbered and styled cause.

Pursuant to the Federal Rules of Civil Procedure, please serve this office with all pleadings relating to this matter from this time forth. ECF Notices should be directed to the following e-mail addresses: mturk@lynnllp.com and omartinez@lynnllp.com.

DATE: November 19, 2009.                Respectfully submitted,


                                         */s/ Mark E. Turk*
                                        Michael P. Lynn, P.C.
                                        Texas State Bar No. 12738500
                                        e-mail mlynn@lynnllp.com
                                        Eric W. Pinker
                                        Texas State Bar No. 16016550
                                        e-mail epinker@lynnllp.com
                                        Mark E. Turk
                                        Texas State Bar No. 00786298
                                        e-mail mturk@lynnllp.com
                                        **LYNN TILLOTSON, PINKER & COX, L.L.P.**
                                        2100 Ross Ave. Suite 2700
                                        Dallas, Texas 75201
                                        Telephone: 214-981-3800
                                        Facsimile: 214-981-3839

                                        David P. Gersch, Esq. (admitted *pro hac vice*)
                                        Email: david.gersch@aporter.com
                                        Joseph A. Micallef, Esq. (*admitted pro hac vice*)
                                        Email: joseph.micallef@aporter.com
                                        Scott M. Border, Esq. (*admitted pro hac vice*)
                                        Email: scott.border@aporter.com
                                        Matthew N. Bathon, Esq. (*admitted pro hac vice*)
                                        Email: matthew.bathon@aporter.com

                                        ARNOLD & PORTER, LLP
                                        555 Twelfth Street, NW
                                        Washington, DC 20004
                                        Telephone: (202) 942-5000
                                        Facsimile: (202) 942-5999

                                        **ATTORNEYS FOR DEFENDANTS
                                        VISA INC. AND M&T BANK, CORP.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on this 19th day of November, 2009.

*/s/ Mark E. Turk*
Mark E. Turk