IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, | § § § § |
|       Plaintiff, | § Civil Action No. 2:09-cv-102 [TJW] |
| v. | § § JURY TRIAL DEMANDED |
| BANK OF AMERICA CORP., et al. | § § |
|       Defendants. | § § |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**NOTICE IS HEREBY GIVEN** that Michael P. Lynn of Lynn Tillotson, Pinker & Cox, L.L.P., 2100 Ross Ave., Suite 2700, Dallas, Texas 75201; telephone (214) 981-3800; facsimile (214) 981-3839, hereby makes his appearance as additional counsel of record for Defendant M&T Bank, Corp. the above-numbered and styled cause.

Pursuant to the Federal Rules of Civil Procedure, please serve this office with all pleadings relating to this matter from this time forth. ECF Notices should be directed to the following e-mail addresses: mlynn@lynnllp.com; kstovall@lynnllp.com and courtfilinginbox@lynnllp.com.

Dockets.Justia.com

DATE: November 19, 2009.    Respectfully submitted,

    */s/ Michael P. Lynn*
Michael P. Lynn
Texas State Bar No. 12738500
e-mail mlynn@lynnllp.com
**LYNN TILLOTSON, PINKER & COX, L.L.P.**
2100 Ross Ave. Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800
Facsimile: 214-981-3839

*Of Counsel:*
David P. Gersch, Esq. (*pro hac vice* submitted)
Email: david.gersch@aporter.com
Joseph A. Micallef, Esq. (*pro hac vice* submitted)
Email: joseph.micallef@aporter.com

ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

**ATTORNEYS FOR DEFENDANTS
VISA INC. AND M&T BANK, CORP.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via email on this 19th day of November, 2009.

    */s/ Michael P. Lynn*
Michael P. Lynn