IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Actus, LLC | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 2:09-cv-102 [TJW] |
| Bank of America Corp., et al | § | Jury Trial Demanded |

## ORDER GRANTING DEFENDANT M&T BANK CORPORATION'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw Counsel of Defendant M&T Bank Corporation.  After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Michael E. Jones and the POTTER MINTON, P.C. law firm be allowed to withdraw and are withdrawn as attorneys of record for Defendant M&T Bank Corporation in the above referenced matter.

{A07\8163\0002\W0407448.1 }

Dockets.Justia.com