**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ACTUS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA CORP., et al.**<br><br>Defendants. | **CIVIL ACTION NO. 2:09-cv-102-TJW**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiff, Actus, LLC ("Actus") and files this Unopposed Motion for Extension of Time to Respond to Defendants Vivendi Universal U.S. Holding Co. and Vivendi Universal, SA's ("Vivendi") Motion to Dismiss:

Vivendi filed its motion to dismiss at Dkt. 104. Actus respectfully requests additional time to file its response up to and including January 9, 2010. This extension is not for purposes of delay but to allow the parties additional time to investigate the issue.

Counsel for Actus conferred with counsel for Vivendi and Vivendi does not oppose the relief requested herein.

| | |
|---|---|
| Dated: December 9, 2009 | Respectfully Submitted,<br><br>**ACTUS, LLC**<br><br>By: /s/ William E. Davis, III<br><br>William E. Davis III<br>Texas State Bar No. 24047416<br>**The Davis Firm, PC**<br>111 West Tyler Street<br>Longview, Texas 75601<br>Phone: 903-230-9090<br>Fax: 903-230-9661<br><br>**ATTORNEY FOR PLAINTIFF**<br>**ACTUS, LLC** |

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that he conferred with counsel for Vivendi and that Vivendi does not oppose the relief requested herein.

/s/ William E. Davis, III
William E. Davis, III

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic served were served with a true and correct copy of the foregoing by email, on this the 9th day of December, 2009.

/s/ William E. Davis, III
William E. Davis, III