## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** | |
|     **Plaintiff,** | **CIVIL ACTION NO. 2:09-cv-102-TJW** |
|     v. | |
| **BANK OF AMERICA CORP. et al.** | **JURY TRIAL DEMANDED** |
|     **Defendants.** | |

## ORDER

Before the Court is Plaintiff Actus, LLC's ("Actus") Unopposed Motion for Extension of Time to Respond to Defendants Vivendi Universal U.S. Holding Co. and Vivendi Universal, SA's Motion to Dismiss for Failure to State a Claim.

Finding the motion well taken, the Court hereby GRANTS the motion. Actus shall have up to and including January 9, 2010, to file its response.

SO ORDERED.

SIGNED this 10th day of December, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE