IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, <br><br>    Plaintiff, <br><br>v. <br><br>BANK OF AMERICA CORP., et al. <br><br>    Defendants. | CIVIL ACTION NO. 2:09-cv-102-TJW <br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, Actus LLC, and defendants Vivendi Universal U.S. Holding Co. and Vivendi Universal, SA, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE and dismissing all counterclaims and pending motions between the parties as MOOT, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated January 8, 2010, with each party to bear its own costs, expenses and attorneys fees.

Dated:  January 22, 2010                    Respectfully Submitted,

| | |
|---|---|
| **VIVENDI UNIVERSAL U.S. HOLDING CO. AND VIVENDI UNIVERSAL, SA** | **ACTUS, LLC** |
| By: /s/ Aaron A. Barlow<br>Aaron A. Barlow<br>Bar No. 6200865<br>**Jenner & Block, LLP**<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Phone:  312-923-8305<br>Fax:  312-923-8408<br>Email: abarlow@jenner.com | By:  /s/ William E. Davis, III<br>William E. Davis, III<br>Texas State Bar No. 24047416<br>**The Davis Firm, PC**<br>111 West Tyler Street<br>Longview, Texas  75601<br>Phone:  903-230-9090<br>Fax:  903-230-9661<br>Email: bdavis@bdavisfirm.com |
| **ATTORNEY FOR DEFENDANTS VIVENDI UNIVERSAL U.S. HOLDING CO. AND VIVENDI UNIVERSAL, SA** | **ATTORNEY FOR PLAINTIFF ACTUS, LLC** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22nd day of January, 2010.

/s/ William E. Davis, III
William E. Davis, III