IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORP., et al.<br><br>    Defendants. | CIVIL ACTION NO. 2:09-cv-102-TJW<br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Actus, LLC ("Actus") and Defendant, MasterCard International, Inc., ("MasterCard"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby respectfully move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Dated: February 10, 2010

Respectfully Submitted,

**MASTERCARD INTERNATIONAL, INC.**

By: /s/ Robert C. Scheinfeld
Robert C. Scheinfeld
*Pro Hac Vice*

**Baker Botts – New York**
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Telephone: 212-408-2500
Facsimile: 212-408-2501
Email: robert.scheinfeld@bakerbotts.com

**ATTORNEY FOR DEFENDANT**
**MASTERCARD INTERNATIONAL, INC.**

**ACTUS, LLC**

By: /s/ William E. Davis, III
William E. Davis III
Texas State Bar No. 24047416

**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: 903-230-9090
Facsimile: 903-230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEY FOR PLAINTIFF**
**ACTUS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 10th day of February, 2010.

/s/ William E. Davis, III
William E. Davis, III