# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORP., et al.<br><br>    Defendants. | CIVIL ACTION NO. 2:09-cv-102-TJW<br><br>JURY TRIAL DEMANDED |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Actus, LLC ("Actus") and Defendant, Disney Gift Card Services, Inc., ("Disney"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby respectfully move the Court for an order dismissing all claims in this action WITH PREJUDICE and dismissing any counterclaims as MOOT, subject to the terms of that certain agreement entitled SETTLEMENT AGREEMENT and dated February 5, 2010, with each party to bear its own costs, expenses and attorneys fees.

Dated: February 12, 2010                                   Respectfully Submitted,

| | |
|---|---|
| **DISNEY GIFT CARD SERVICES, INC.** | **ACTUS, LLC** |
| By: /s/ Robert Christopher Bunt<br>Robert Christopher Bunt<br>State Bar No. 00787165<br>**Parker, Bunt & Ainsworth, PC**<br>100 East Ferguson, Suite 1114<br>Tyler, Texas 75702<br>Telephone: 903-531-3535<br>Facsimile: 903-533-9687<br>Email: rcbunt@pbatyler.com | By: /s/ William E. Davis, III<br>William E. Davis III<br>Texas State Bar No. 24047416<br>**The Davis Firm, PC**<br>111 West Tyler Street<br>Longview, Texas 75601<br>Telephone: 903-230-9090<br>Facsimile: 903-230-9661<br>Email: bdavis@bdavisfirm.com |
| **ATTORNEY FOR DEFENDANT**<br>**DISNEY GIFT CARD SERVICES, INC.** | **ATTORNEY FOR PLAINTIFF**<br>**ACTUS, LLC** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 12th day of February, 2010.

/s/ William E. Davis, III
William E. Davis, III