# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:09-cv-102-TJW** |
| v. | |
| **BANK OF AMERICA CORP., et al.** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## ORDER

Before the Court is Plaintiff Actus, LLC's (Actus) Unopposed Motion for Leave to File Third Amended Complaint.

Finding the motion well-taken, the Court hereby GRANTS the motion. Pursuant to L.R. CV-7(k), Actus' Third Amended Complaint is deemed filed as of the original date of its filing.

SO ORDERED.