# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**ACTUS, LLC,**

    **Plaintiff,**

    v.

**BANK OF AMERICA CORP., et al.**

    **Defendants.**

**CIVIL ACTION NO. 2:09-cv-102-TJW**

**JURY TRIAL DEMANDED**

## ORDER

Before the Court is Plaintiff Actus, LLC's (Actus) Unopposed Motion for Leave to File Third Amended Complaint.

Finding the motion well-taken, the Court hereby GRANTS the motion. Pursuant to L.R. CV-7(k), Actus' Third Amended Complaint is deemed filed as of the original date of its filing.

SO ORDERED.

SIGNED this 19th day of February, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE