IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC,<br><br>    PLAINTIFF,<br><br>(1) BLAZE MOBILE, INC.;<br>(2) CAPITAL ONE FINANCIAL CORP.;<br>(3) ENABLE HOLDINGS, INC.;<br>(4) JAVIEN DIGITAL PAYMENT SOLUTIONS, INC.;<br>(5) META FINANCIAL GROUP, INC.;<br>(6) M&T BANK CORPORATION;<br>(7) VISA, INC.;<br>(8) THE WESTERN UNION, FINANCIAL SERVICES, INC.;<br><br>    DEFENDANTS. | Civil Action No. 2:09-CV-102-TJW<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT M&T BANK CORP.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant M&T Bank Corporation hereby states that it has no parent corporation. Allied Irish Bank, p.l.c, a publicly held corporation, owns more than 10% of M&T Bank Corporation's stock.

Dated: March 8, 2010               LYNN TILLOTSON PINKER & COX, LLP

                                   ARNOLD & PORTER LLP


                                   By: /s/ Michael P. Lynn
                                       Michael P. Lynn
                                       Texas Bar No. 12738500
                                       LYNN TILLOTSON PINKER & COX, LLP
                                       2100 Ross Avenue, Suite 2700
                                       Dallas, Texas 75201

Telephone: (214) 981-3800
Facsimile: (214) 981-3839
E-mail: mlynn@lynnllp.com

Joseph A. Micallef (Admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
E-mail: joseph.micallef@aporter.com

ATTORNEYS FOR DEFENDANT M&T
BANK CORP.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing via email or process server.

                                                        /s/ *Michael P. Lynn*