**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ACTUS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:09-cv-102-TJW** |
| **v.** | |
| **BANK OF AMERICA CORP., et al.** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Actus LLC, and defendant Western Union Financial Services, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE and dismissing all counterclaims as MOOT, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated March 3, 2010, with each party to bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| Dated:  March 9, 2010 | Respectfully Submitted, |
| WESTERN UNION FINANCIAL SERVICES, INC. | **ACTUS, LLC** |
| By:  /s/ Scott L. McMillan | By:  /s/ William E. Davis, III |
| Scott L. McMillan | William E. Davis, III |
| Colorado State Bar No. 40596 | Texas State Bar No. 24047416 |
| **Townsend and Townsend and Crew, LLP** | **The Davis Firm, PC** |
| 1400 Wewatta Street, Suite 600 | 111 West Tyler Street |
| Denver, Colorado  80202 | Longview, Texas  75601 |
| Phone: 303-571-4000 | Phone:  903-230-9090 |
| Fax: 303-571-4321 | Fax:  903-230-9661 |
| Email: slmcmillan@townsend.com | Email: bdavis@bdavisfirm.com |
| **ATTORNEY FOR DEFENDANT** | **ATTORNEY FOR PLAINTIFF** |
| **WESTERN UNION FINANCIAL SERVICES, INC.** | **ACTUS, LLC** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 9th day of March, 2010.

/s/ William E. Davis, III
William E. Davis, III